| Fill in this information to identify your case: |
| --- |
| United States Bankruptcy Court for the: |
| DISTRICT OF DISTRICT OF COLUMBIA |
| Case number *(if known)* _____ Chapter **11** |

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
| --- | --- | --- | --- |
| 1. | Debtor's name | **ETS of Washington, LLC** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-1534442** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
| --- | --- |
| **1881 North Nash Street #505 Arlington, VA 22209** | **c/o Kenneth L. Samuelson, Esq. Samuelson Law, LLC 2020 Pennsylvania Avenue, NW, #417 Washington, DC 20006** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Arlington** | Location of principal assets, if different from principal place of business |
| County | **2207 Foxhall Road, NW Washington, DC 20007** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **ETS of Washington, LLC**
_____    Case number (*if known*) _____
Name

---

**7.** | **Describe debtor's business** | A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
**5313**

---

**8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

**10.** | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **Porcier-Miller LLC (VA SCC #S5786860)** | Relationship | **sister entity of this Debtor** |
|---|---|---|---|
| District | **E.D.VA (Alexandria)** | When | **7/28/20** | Case number, if known | **20-11730-BFK** |

---

Debtor    **ETS of Washington, LLC**
Name

Case number (*if known*)

Debtor    **ETS of Washington, LLC**
_____    Case number (*if known*) _____
Name

---

**11. Why is the case filed in *this district?***    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
      Contact name _____
      Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **ETS of Washington, LLC**
    Name _____    Case number (*if known*) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2020**
    MM / DD / YYYY

***X*** **/s/ Jason Porcier** _____    **Jason Porcier** _____
    Signature of authorized representative of debtor    Printed name

Title    **Member Manager** _____

**18. Signature of attorney**

***X*** **/s/ Kenneth L. Samuelson** _____    Date    **September 28, 2020**
    Signature of attorney for debtor    MM / DD / YYYY

**Kenneth L. Samuelson 302455 Attorney for Debtor**
Printed name

**Samuelson Law, LLC**
Firm name

**2020 Pennsylvania Avenue, N.W.**
**#417**
**Washington, DC 20006-1811**
Number, Street, City, State & ZIP Code

Contact phone    **202-494-0848**    Email address    **ksamuelson@samuelson-law.com**

**302455 DC**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **ETS of Washington, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 28, 2020**          *X* **/s/ Jason Porcier**
                                          Signature of individual signing on behalf of debtor

                                          **Jason Porcier**
                                          Printed name

                                          **Member Manager**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | ETS of Washington, LLC |
|---|---|
| United States Bankruptcy Court for the: | DISTRICT OF DISTRICT OF COLUMBIA |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| DP Capital LLC 2815 Hartland Road, Suite 200 Att'n: Christina Araujo Falls Church, VA 22043 | | House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855 | Disputed | Unknown | $1,600,000.00 | Unknown |
| ISHARPE OPPORTUNITY IMMEDIATE TRUST 370 Highland Ave. #200 Piedmont, CA 94611 | | House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855 | Disputed | Unknown | $1,600,000.00 | Unknown |
| Jacob Preisser 46500 Deer Trail Rd Deed Trail, CO | | | Unliquidated | | | $65,000.00 |
| Jason Merica 9804 Greenbriar Lane Walkersville, MD 21793 | | | Unliquidated | | | $90,000.00 |
| Joseph Michalczyk 16 Cheviot Road Southampton, NY 11968 | | | Unliquidated | | | $45,000.00 |
| Kim Nguyen Fairfax Realty of Tysons 8230 Boone Blvd. Suite 330 Vienna, MA 02218-2000 | | House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855 | Disputed | $300,000.00 | $1,600,000.00 | $300,000.00 |
| Vera Stoeva 6422 Castlefin Way Alexandria, VA 22315 | | | Unliquidated | | | $45,000.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor   **ETS of Washington, LLC**                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **WCP Fund I LLC 2815 Hartland Road Suite 200 Falls Church, VA 22043** | | **House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855** | **Disputed** | **$138,756.00** | **$1,600,000.00** | **$138,756.00** |
| **Wolfe House Movers, LLC 10 Birch Lane Bernville, PA 19506** | | | **Unliquidated** | | | **$15,000.70** |

**Fill in this information to identify the case:**

Debtor name    **ETS of Washington, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 206Sum

**Summary of Assets and Liabilities for Non-Individuals**                    **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................................    $    **1,600,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................................    $    **528.45**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................    $    **1,600,528.45**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **438,756.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **260,000.70**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                                                                $    **698,756.70**

**Fill in this information to identify the case:**

Debtor name __**ETS of Washington, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking** | **5616** | **$528.45** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | $528.45 |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Debtor | **ETS of Washington, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855** | Fee simple | Unknown | | $1,600,000.00 |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $1,600,000.00 |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

- ■ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **ETS of Washington, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Debtor has claims against the entities that sold it the subject real estate (Washington Capital Partners and DP Capital, LLC) and its or their successors, assigns and affiliates** | **Unknown** |
| Nature of claim          breach of contract, and related<br>tort and other claims | |
| Amount requested                $3,000,000.00 | |

| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
|---|---|
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.    **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor    **ETS of Washington, LLC**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $528.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $1,600,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $528.45 | + 91b. $1,600,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,600,528.45 |

| Fill in this information to identify the case: |
| --- |

Debtor name __**ETS of Washington, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF DISTRICT OF COLUMBIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | **Column A** | **Column B** |
| --- | --- | --- | --- | --- |
| | | | Amount of claim | Value of collateral that supports this claim |
| | | | Do not deduct the value of collateral. | |
| **2.1** | **DP Capital LLC** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,600,000.00** |
| | Creditor's Name | **House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855** | | |
| | **2815 Hartland Road, Suite 200** | | | |
| | **Att'n:  Christina Araujo** | | | |
| | **Falls Church, VA 22043** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **Second Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☐ No | | |
| | **undated alleged assignment of 7/18/2019 promissory note and deed of trust** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: Check all that apply | | |
| | ☑ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☑ Disputed | | |
| **2.2** | **ISHARPE OPPORTUNITY IMMEDIATE TRUST** | Describe debtor's property that is subject to a lien | **Unknown** | **$1,600,000.00** |
| | Creditor's Name | **House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855** | | |
| | **370 Highland Ave. #200** | | | |
| | **Piedmont, CA 94611** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | **First Mortgage** | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ☑ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ☑ No | | |

Debtor **ETS of Washington, LLC**
_____
         Name

Case number (if known) _____

| | |
|---|---|
| **7/26/2019 alleged assignment of 7/18/2019 Deed of Trust** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.3 | **Kim Nguyen** | Describe debtor's property that is subject to a lien | **$300,000.00** | **$1,600,000.00** |
|---|---|---|---|---|

Creditor's Name

**Fairfax Realty of Tysons
8230 Boone Blvd.
Suite 330
Vienna, MA 02218-2000**
Creditor's mailing address

**House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
7/18/2019**
Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

| 2.4 | **WCP Fund I LLC** | Describe debtor's property that is subject to a lien | **$138,756.00** | **$1,600,000.00** |
|---|---|---|---|---|

Creditor's Name

**2815 Hartland Road
Suite 200
Falls Church, VA 22043**
Creditor's mailing address

**House under construction at 2207 Foxhall Road, NW, Washington, DC 20007, Square 1341, Lot 0855**

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
1/31/2020**
Last 4 digits of account number

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☑ Disputed |

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$438,756.00**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | ETS of Washington, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Daniel Huertas**<br>**2815 Hartland Road**<br>**Suite 200**<br>**Falls Church, VA 22043** | Line __2.1__ | |
| **Daniel Huertas**<br>**2815 Hartland Road**<br>**Suite 200**<br>**Falls Church, VA 22043** | Line __2.2__ | |
| **Pardo & Drazin, LLC, Att'n R. S. Dranzin**<br>**4400 Jennifer Street, NW**<br>**Suite 2**<br>**Washington, DC 20015** | Line __2.2__ | |
| **Russell S. Drazin, Esq.**<br>**4400 Jenifer Street, NW, Suite 2**<br>**Washington, DC 20015** | Line __2.1__ | |
| **Scott B. Goldschein**<br>**9711 Washingtonian Boulevard**<br>**Suite 201**<br>**Gaithersburg, MD 20878** | Line __2.3__ | 0878 |
| **WCP Fund I LLC**<br>**2815 Hartland Road**<br>**Suite 200**<br>**Falls Church, VA 22043** | Line __2.1__ | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ETS of Washington, LLC**

United States Bankruptcy Court for the: DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Internal Revenue Service** | *Check all that apply.* | | |
| | **P.O. Box 7346** | ☐ Contingent | | |
| | **Philadelphia, PA 19101-7346** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Office of the Attorney General** | *Check all that apply.* | | |
| | **Tax, Bankruptcy and Finance** | ☐ Contingent | | |
| | **One Judiciary Square** | ☐ Unliquidated | | |
| | **441 4th Street, N.W., 6th Floor** | ☐ Disputed | | |
| | **Washington, DC 20001** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY | ☑ No | | |
| | unsecured claim: 11 U.S.C. § 507(a) (8) | ☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

                                                                                              Amount of claim

| Debtor | **ETS of Washington, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$65,000.00** |

**Jacob Preisser**
**46500 Deer Trail Rd**
**Deed Trail, CO**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$90,000.00** |

**Jason Merica**
**9804 Greenbriar Lane**
**Walkersville, MD 21793**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,000.00** |

**Joseph Michalczyk**
**16 Cheviot Road**
**Southampton, NY 11968**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,000.00** |

**Vera Stoeva**
**6422 Castlefin Way**
**Alexandria, VA 22315**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,000.70** |

**Wolfe House Movers, LLC**
**10 Birch Lane**
**Bernville, PA 19506**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __11/20/2019 - recently__

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 260,000.70 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 260,000.70 |

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page 2 of 2**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

9/28/20  2:43PM

**Fill in this information to identify the case:**

Debtor name      **ETS of Washington, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
     ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4**  State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

9/28/20  2:43PM

**Fill in this information to identify the case:**

Debtor name    **ETS of Washington, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

   **1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

   **2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian Miller** | **3618 Carriage House**<br>**Frederick, MD 21704** | **DP Capital LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Jason Porcier** | **1881 North Nash Street**<br>**#505**<br>**Arlington, VA 22209** | **Kim Nguyen** | ☑ D   **2.3**_____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Porcier-Miller LLC** | **1881 North Nash Street**<br>**#505**<br>**Arlington, VA 22209**<br>**Subject of Bankruptcy proceeding in**<br>**E.D.VA (Alexandria), #: 20-11730-BFK** | **DP Capital LLC** | ☑ D   **2.1**_____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Porcier-Miller LLC** | **1881 North Nash Street**<br>**#505**<br>**Arlington, VA 22209** | **Kim Nguyen** | ☑ D   **2.3**_____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      **ETS of Washington, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DISTRICT OF COLUMBIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor  **ETS of Washington, LLC** _____  Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

9/28/20 2:43PM

Debtor    **ETS of Washington, LLC** _____    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.    **Samuelson Law, LLC 2020 Pennsylvania Avenue, N.W. #417 Washington, DC 20006-1811** | **Attorney Fees, including the Court's filing fee** | **9/23/2020** | **$6,717.00** |
| **Email or website address ksamuelson@samuelson-law.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

| Debtor | **ETS of Washington, LLC** | Case number *(if known)* | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ☑ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ☑ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☑ None

**Part 12:** **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

| Debtor | **ETS of Washington, LLC** | Case number *(if known)* | |
|---|---|---|---|

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22.** **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.** **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.** **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25.** **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

- ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.** **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

- ■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

- ■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

- ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

- ■ None

| Debtor | **ETS of Washington, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jason Porcier** | **1881 North Nash Street #505**<br>**Arlington, VA 22209** | **Equity owner** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian Miller** | **3618 Carriage House**<br>**Frederick, MD 21704** | **equity owner** | **50** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **None** | | | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

---

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 6

Debtor    **ETS of Washington, LLC**                                    Case number *(if known)*

---

**Part 14:**   Signature and Declaration

    **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

    I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 28, 2020**

**/s/ Jason Porcier**                                    **Jason Porcier**
Signature of individual signing on behalf of the debtor                    Printed name

Position or relationship to debtor    **Member Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of District of Columbia

In re **ETS of Washington, LLC**

Debtor(s)

Case No.

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Brian Miller**<br>**3618 Carriage House**<br>**Frederick, MD 21704** | **membership interest** | **50%** | **equity owner** |
| **Jason Porcier**<br>**1881 North Nash Street**<br>**#505**<br>**Arlington, VA 22209** | **membership interest** | **50%** | **equity owner** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Member Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 28, 2020**

Signature   **/s/ Jason Porcier**

**Jason Porcier**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## LOCAL OFFICIAL FORM NO. 10

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re **ETS of Washington** | ) |
| | )    Case No. |
| | ) |
| | )    Chapter <u>11</u> |
| Debtor(s). | ) |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ **Flat Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | |
| Prior to the filing of this statement I have received | $ | |
| Balance Due | $ | |

☑ **Hourly Fee**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | 6,717.00 |
| The undersigned shall bill against the retainer at an hourly rate of | $ | 445.00 |

[Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.

Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐ ***Pro Bono* Representation**

I have agreed to provide services without compensation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The debtor ☑ has ☐ has not agreed to reimburse expenses.

2.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

3.   With respect to the compensation described herein:

☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

    d.    [Other provisions as needed]

        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

        **Representation of the debtor in any dischargeability action, judicial lien avoidance, adversary proceeding, foreclosure, litigation by any creditor to collect any promissory note or guaranty, tax advice, zoning or other governmental permitting matter, or environmental matter.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **September 25, 2020** | **/s/ Kenneth L. Samuelson** |
| *Date* | **Kenneth L. Samuelson 302455** |
| | *Signature of Attorney* |
| | **Samuelson Law, LLC** |
| | **2020 Pennsylvania Avenue, N.W.** |
| | **#417** |
| | **Washington, DC 20006-1811** |
| | **202-494-0848  Fax: 240-499-8939** |
| | **ksamuelson@samuelson-law.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of District of Columbia

In re    **ETS of Washington, LLC**                      Case No.          

                                 Debtor(s)        Chapter    **11**

## LIST OF CREDITORS AND MAILING MATRIX

1.     The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of   **3**   pages and a total of   **18**   entities listed.

2.     The attached list contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

- each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:    **September 28, 2020**                    **/s/ Jason Porcier**
                                                   **Jason Porcier/Member Manager**
                                                   Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Brian Miller
3618 Carriage House
Frederick, MD 21704


Daniel Huertas
2815 Hartland Road
Suite 200
Falls Church, VA 22043


DP Capital LLC
2815 Hartland Road, Suite 200
Att'n: Christina Araujo
Falls Church, VA 22043


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


ISHARPE OPPORTUNITY IMMEDIATE TRUST
370 Highland Ave.
#200
Piedmont, CA 94611


Jacob Preisser
46500 Deer Trail Rd
Deed Trail, CO


Jason Merica
9804 Greenbriar Lane
Walkersville, MD 21793


Jason Porcier
1881 North Nash Street
#505
Arlington, VA 22209


Joseph Michalczyk
16 Cheviot Road
Southampton, NY 11968

Kim Nguyen
Fairfax Realty of Tysons
8230 Boone Blvd.
Suite 330
Vienna, MA 02218-2000


Office of the Attorney General
Tax, Bankruptcy and Finance
One Judiciary Square
441 4th Street, N.W., 6th Floor
Washington, DC 20001


Pardo & Drazin, LLC, Att'n R. S. Dranzin
4400 Jennifer Street, NW
Suite 2
Washington, DC 20015


Porcier-Miller LLC
1881 North Nash Street
#505
Arlington, VA 22209


Russell S. Drazin, Esq.
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015


Scott B. Goldschein
9711 Washingtonian Boulevard
Suite 201
Gaithersburg, MD 20878


Vera Stoeva
6422 Castlefin Way
Alexandria, VA 22315


WCP Fund I LLC
2815 Hartland Road
Suite 200
Falls Church, VA 22043

Wolfe House Movers, LLC
10 Birch Lane
Bernville, PA 19506

# United States Bankruptcy Court
## District of District of Columbia

In re    __ETS of Washington, LLC__                                    Case No.
                                        Debtor(s)                      Chapter    __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __ETS of Washington, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__September 28, 2020__                    __/s/ Kenneth L. Samuelson__
Date                                     __Kenneth L. Samuelson 302455 Attorney for Debtor__
                                         Signature of Attorney or Litigant
                                         Counsel for    __ETS of Washington, LLC__
                                         __Samuelson Law, LLC__
                                         __2020 Pennsylvania Avenue, N.W.__
                                         __#417__
                                         __Washington, DC 20006-1811__
                                         __202-494-0848 Fax:240-499-8939__
                                         __ksamuelson@samuelson-law.com__

# United States Bankruptcy Court
### District of District of Columbia

In re    **ETS of Washington, LLC**        Case No.

                              Debtor(s)        Chapter    **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Member Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing , consisting of __**0**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date    **September 28, 2020**                Signature    **/s/ Jason Porcier**

                                                   **Jason Porcier**

                                                   **Member Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§   152 and 3571.

**United States Bankruptcy Court**
**District of District of Columbia**

In re   **ETS of Washington, LLC**                                         Case No.
                                                    Debtor(s)        Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jason Porcier**, declare under penalty of perjury that I am the **Member Manager** of  **ETS of Washington, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the __ day of __, 20__.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jason Porcier, Member Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jason Porcier, Member Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jason Porcier, Member Manager** of this Corporation is authorized and directed to employ **Kenneth L. Samuelson 302455 Attorney for Debtor**, attorney and the law firm of **Samuelson Law, LLC** to represent the corporation in such bankruptcy case."

Date  **September 28, 2020**                          Signed  **/s/ Jason Porcier**
                                                                **Jason Porcier**

Resolution of Board of Directors
of
**ETS of Washington, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jason Porcier, Member Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Jason Porcier, Member Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Jason Porcier, Member Manager** of this Corporation is authorized and directed to employ **Kenneth L. Samuelson 302455 Attorney for Debtor**, attorney and the law firm of **Samuelson Law, LLC** to represent the corporation in such bankruptcy case.

| | |
|---|---|
| Date **September 28, 2020** | Signed **/s/ Jason Porcier** |
| | **Jason Porcier** |
| Date **September 28, 2020** | Signed **/s/  Brian Miller** |
| | **Brian Miller** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re:

ETS of Washington

    Debtor(s).

Case No.
Chapter 11

### Application to Employ Samuelson Law, LLC as Counsel for Debtor-in-Possession

**ETS of Washington**, debtor-in-possession in this chapter 11 case (Debtor), respectfully applies to the Court for authorization under section 327(a) of title 11 of the United States Code (Bankruptcy Code) and Federal Rule of Bankruptcy Procedure (Bankruptcy Rules) 2014(a) to employ **Samuelson Law, LLC** as Debtor's bankruptcy counsel in this chapter 11 case. In support of this application, Debtor respectfully represents to this Honorable Court as follows:

1.  On **September 28, 2020**, Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

2.  Debtor(s) intends to continue in the possession of his/her property as debtor-in-possession under Bankruptcy Code sections 1107 and 1108.

3.  Debtor is a **Virginia**, limited liability company whose principal place of business is in **Washington, DC**.

4.  Debtor proposes to retain and employ **Samuelson Law, LLC** to render the following legal services in this chapter 11 case:

    a)  Assist and advise Debtor relative to the administration of this proceeding;

    b)  Advise Debtor with respect to its powers and duties as debtor-in-possession in the continued management and operation of its business and property;

    c)  Represent the Debtor before the Bankruptcy Court and advise the Debtor on pending litigation, hearings, motions, and decisions of the Bankruptcy Court;

    d)  Review and advise the Debtor regarding applications, orders, and motions filed with the Bankruptcy Court by third parties in this proceeding;

    e)  Attend meetings conducted pursuant to section 341(a) of the Bankruptcy Code and represent Debtor at all examinations;

    f)  Communicate with creditors and other parties in interest;

    g)  Assist Debtor in preparing all motions, applications, answers, orders, reports, and papers necessary to the administration of the estate;

    h)  Confer with other professionals retained by Debtor and other parties in interest;

    i)  Negotiate and prepare Debtor's chapter 11 plan, related disclosure statement, and all related agreements and documents and take any necessary actions on Debtor's behalf to obtain confirmation of the plan; and

    j)  Perform all other necessary legal services and provide all other necessary legal advice to Debtor in connection with this chapter 11 case.

5.  **Samuelson Law, LLC** has stated its willingness to act as Debtor's bankruptcy counsel in this chapter 11 case

and to render the services described above.

6.    Debtor believes that **Samuelson Law, LLC** is well-qualified to represent Debtor effectively, having ample experience in bankruptcy and insolvency matters. **Samuelson Law, LLC**'s attorneys have considerable experience in matters of this nature and are capable of rendering the services required. As such, the employment of **Samuelson Law, LLC** is in the best interests of Debtor, the creditors, and the estate.

7.    As set forth in the affidavit of **Kenneth L. Samuelson 302455** attached to this application as Exhibit A, **Samuelson Law, LLC** does not hold or represent an interest adverse to Debtor's estate with respect to the matters for which **Samuelson Law, LLC** is to be employed and is a "disinterested person," as that term is defined in section 101(14) of the Bankruptcy Code and modified by section 1107(b). **Samuelson Law, LLC** will not represent any other party in interest in connection with this case while retained by Debtor.

8.    No member or associate of the **Samuelson Law, LLC** has any connection with Debtor, (other than as Debtor's attorneys), Debtor's affiliates, partners, creditors, stockholders, any other party in interest, the United States trustee, or any person employed in the office of the United States trustee.

9.    **Samuelson Law, LLC** will charge fees and expenses incurred in representing Debtor in these proceedings based on rates routinely charged by the attorneys and paralegals of **Samuelson Law, LLC** in comparable matters. Currently, the hourly rates for **Samuelson Law, LLC** attorneys and paralegals range between $ **450.00** to $**340.00** for attorneys, and $**195.00** to $**195.00** for paralegals. The current hourly rate for **Kenneth L. Samuelson 302455** is $**450.00**. **Samuelson Law, LLC**'s rates are subject to periodic review and change, usually on an annual basis. **Samuelson Law, LLC** will seek compensation for services rendered and expenses incurred upon appropriate application to the court pursuant to sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rules.

**WHEREFORE**, Debtor respectfully requests that the Court enter an order, effective *nunc pro tunc* to the filing date of the Debtor's chapter 11 petition, authorizing Debtor to retain and employ the law firm of **Samuelson Law, LLC** as counsel to assist in the performance of Debtor's functions and otherwise with respect to this case pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), and for such other relief as the Court deems just and proper.

Date:  **September 28, 2020**

Respectfully submitted,
**/s/ Jason Porcier**

Debtor

By:  **/s/ Kenneth L. Samuelson**
**Kenneth L. Samuelson 302455**
**Samuelson Law, LLC**
**2020 Pennsylvania Avenue, N.W.**
**#417**
**Washington, DC 20006-1811**
**202-494-0848**
**ksamuelson@samuelson-law.com**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DISTRICT OF COLUMBIA**

In re:

ETS of Washington

      Debtor(s).

Case No.
Chapter 11

**Order Granting Application to Employ Samuelson Law, LLC as Counsel for Debtor-In-Possession**

    This matter came to be heard on the Application to Employ **Samuelson Law, LLC** as Counsel for
Debtor-in-Possession, dated **September 28, 2020**      (Application), filed by **ETS of Washington**, debtor-in-possession in the
above-captioned chapter 11 case (Debtor), proper notice having been given and no objections having been filed,

      **IT IS HEREBY ORDERED** that the Application is granted and **Samuelson Law, LLC** is hereby authorized and
designated to perform legal services for Debtor as necessary to assist Debtor with respect to this case. This Order shall be
effective *nunc pro tunc* to the filing date of Debtor's chapter 11 petition.

Dated:

BY THE COURT

U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DISTRICT OF COLUMBIA

In re:

ETS of Washington

      Debtor(s).

Case No.
Chapter 11

### Verified Statement of Kenneth L. Samuelson 302455 in Support of Application
### for Employment of Samuelson Law, LLC as Counsel for Debtor-in-Possession

**Kenneth L. Samuelson 302455**, under penalty of perjury, states:

    1.    I am an attorney with the law firm of **Samuelson Law, LLC**, which maintains an office for the practice of law at **2020 Pennsylvania Avenue, N.W., #417, Washington, DC 20006-1811**. I submit this verified statement under sections 327 and 329 of the Bankruptcy Code and Bankruptcy Rules 2014 and 2016 in support of the Application to Employ **Samuelson Law, LLC** as Counsel for Debtor-in-Possession filed contemporaneously with this statement by the above-captioned debtor-in-possession (Debtor). Except as otherwise indicated, I have personal knowledge of the matters stated below and, if called as a witness, would testify competently to them.

### Qualifications

    2.    I am particularly well-suited to serve as the Debtor's general bankruptcy counsel in this case because I have a great deal of experience representing lenders and borrowers in commercial real estate mortgage transaction, workouts, foreclosures and bankruptcies. I have previously represented debtors, secured creditors, and bidders, in bankruptcy and commercial litigation proceedings.

    3.    I have obtained a detailed familiarity with the Debtor's business, capital structure, and financial affairs. The Debtor engaged **Samuelson Law, LLC** to serve as general bankruptcy counsel in connection with the planning and implementation of this chapter 11 reorganization case in light of **Samuelson Law, LLC**'s extensive expertise in chapter 11 reorganizations. **Samuelson Law, LLC** has the necessary background to deal effectively with the full range of potential legal issues and problems that may arise in the context of this chapter 11 case.

### Disinterestedness

    4.    To the best of my knowledge, information, and belief, **Samuelson Law, LLC** and its attorneys are disinterested persons within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b).

    5.    Neither I, nor **Samuelson Law, LLC**, nor any principal, or associate thereof, insofar as I have been able to ascertain after reasonable investigation, has any connection with the Debtor, other than as attorneys in this case, nor with its creditors, any other parties-in-interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee.

### Compensation

    6.    The Debtor desires to employ **Samuelson Law, LLC** under a general retainer because of the diverse legal services that are likely to be required. Subject to the approval of the Court, the Debtor has agreed to compensate **Samuelson Law, LLC** at its usual hourly rates and to reimburse **Samuelson Law, LLC** for its expenses, charges and disbursements.

    I declare under penalty of perjury that the foregoing is true and correct.

Date: **September 28, 2020**

**/s/ Kenneth L. Samuelson**
**Kenneth L. Samuelson 302455**
**Samuelson Law, LLC**
**2020 Pennsylvania Avenue, N.W. #417**
**Washington, DC 20006-1811**
**202-494-0848**
**ksamuelson@samuelson-law.com**

## United States Bankruptcy Court
### District of District of Columbia

In re    **ETS of Washington, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## <u>DESIGNATION OF AGENT</u>

I hereby designate my attorney, whose signature, name, address, Bar No., telephone and fax numbers are set forth below, as my agent to receive service of process and service of all pleadings in all proceedings, including adversary actions and contested matters, pursuant to Bankruptcy Rule 7004(b)(8), in this Court arising in this case. This designation shall expire the 60th day after the latest of the following dates which may be applicable in this case: entry of Discharge of Debtor, the last date permitted for filing complaints objecting to discharge under 11 U.S.C. § 727 or dischargeability of debts under 11 U.S.C. § 523, or the date an order of confirmation of a Chapter 11 or Chapter 12 plan is entered.

**September 28, 2020**

Date

**/s/ Jason Porcier**

Debtor/Title:

**Jason Porcier/Member Manager**

_____

Date

Co-Debtor:

**/s/ Kenneth L. Samuelson**

Attorney Signature
(Type Attorney Name, Address, Phone and Bar Number Below)

**Kenneth L. Samuelson 302455 Attorney for Debtor**
**Samuelson Law, LLC**
**2020 Pennsylvania Avenue, N.W. #417**
**Washington, DC 20006-1811**
**202-494-0848 Fax: 240-499-8939**
**ksamuelson@samuelson-law.com**
**Bar Number: 302455 DC**