UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                            )
                                 )
ETS of Washington LLC            )    Case No. 20-00397
                                 )
        Debtor(s).               )    Chapter  11

AMENDMENT TO LIST OF CREDITORS
AND MAILING MATRIX TO CHANGE ADDRESS OF PREVIOUSLY
<u>LISTED ENTITY (OR ADDRESSES OF PREVIOUSLY LISTED ENTITIES)</u>

1. For the entities on the attached list, the List of Creditors and Mailing Matrix previously filed in this case is **amended to change the address of each such entity**. The attached list, consists of ___3___ pages and a total of ___19___ entities listed with their correct addresses.

2. As hereby amended (and as amended by any prior amendments filed and by any other amendment(s) being filed contemporaneously herewith), the List of Creditors and Mailing Matrix contains a true and correct name and address of:

- each of my creditors (those entities required to be scheduled on Schedules D, and E/F, the Schedules of Creditors Holding Claims, in this case),

- each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

- each entity required to be listed on Schedule H -

Page 1 of  2

      Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

      Executed on this __30__ day of __September__, __2020__ by:

                            /s/ Jason Porcier
                            Debtor

      Executed on this ____ day of _____, _____ by:

                            Joint Debtor (if joint case filed by both spouses)

**United States Bankruptcy Court**
**District of District of Columbia**

In re   ETS of Washington LLC                                            Case No.   20-00397
                                      Debtor(s)                          Chapter    11

## LIST OF CREDITORS AND MAILING MATRIX

1. The attached list, serving both as the list required by Rule 1007(a)(1) of the Federal Rules of Bankruptcy Procedure and as the mailing matrix required by the court's local Bankruptcy Rules, consists of __3__ pages and a total of __19__ entities listed.

2. The attached list contains a true and correct name and address of:

   each of my creditors (those entities required to be scheduled on Schedules D, E, and F, the Schedules of Creditors Holding Claims, in this case),

   each of the parties required to be listed on Schedule G - Executory Contracts and Unexpired Leases, that is, the parties other than myself, to any unexpired lease of real or personal property to which I am a party;

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

each entity required to be listed on Schedule H - Codebtors (any entity, other than my spouse in a joint case, that is also liable on any debts owed to any of my listed creditors, including all guarantors and co-signers).

I declare under penalty of perjury that the foregoing is true and correct.

Date:   **September 30, 2020**            /s/ Jason Porcier
                                          **Jason Porcier/Member Manager**
                                          Signer/Title

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Brian Miller
3618 Carriage House
Frederick, MD 21704


Daniel Huertas
2815 Hartland Road
Suite 200
Falls Church, VA 22043


DP Capital LLC
2815 Hartland Road, Suite 200
Att'n: Christina Araujo
Falls Church, VA 22043


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


ISHARPE OPPORTUNITY IMMEDIATE TRUST
370 Highland Ave.
#200
Piedmont, CA 94611


Jacob Preisser
46500 Deer Trail Rd
Deer Trail, CO 80105-7722


Jason Merica
9804 Greenbriar Lane
Walkersville, MD 21793


Jason Porcier
1881 North Nash Street
#505
Arlington, VA 22209


Joseph Michalczyk
16 Cheviot Road
Southampton, NY 11968

Kim Nguyen
Fairfax Realty of Tysons
8230 Boone Blvd.
Suite 330
Vienna, MA 02218-2000


Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314


Office of the Attorney General
Tax, Bankruptcy and Finance
One Judiciary Square
441 4th Street, N.W., 6th Floor
Washington, DC 20001


Pardo & Drazin, LLC, Att'n R. S. Dranzin
4400 Jennifer Street, NW
Suite 2
Washington, DC 20015


Porcier-Miller LLC
1881 North Nash Street
#505
Arlington, VA 22209


Russell S. Drazin, Esq.
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015


Scott B. Goldschein
9711 Washingtonian Boulevard
Suite 201
Gaithersburg, MD 20878


Vera Stoeva
6422 Castlefin Way
Alexandria, VA 22315

WCP Fund I LLC
2815 Hartland Road
Suite 200
Falls Church, VA 22043


Wolfe House Movers, LLC
10 Birch Lane
Bernville, PA 19506

LOCAL OFFICIAL FORM NO. 13

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re )
)  Case No. 20-00397
)
ETS of Washington LLC )  Chapter 11
,          )
)
Debtor(s). )

LBR 1009-2(e) CERTIFICATE OF SERVICE OF PAPERS
REQUIRED TO BE MAILED TO ENTITIES AFFECTED BY
AMENDMENT OF LIST OF CREDITORS AND MAILING MATRIX

In compliance with LBR 1009-2(e), I certify that I have mailed to each entity affected by the amendments, filed this date, to the debtor's list of creditors and mailing matrix (other than entities being deleted by the amendments) copies of the following documents:

1. the notice of the commencement of the bankruptcy case;
2. any notice from the clerk regarding conversion of the case;
3. any notice of the meeting of creditors;
4. any notice sent to all creditors regarding a deadline for opposing any motion not yet decided or any hearing not yet held;
5. any notice to creditors of the deadline for filing any of the following:
   a. a proof of claim; and
   b. an objection to a disclosure statement not yet approved or to a plan not yet confirmed; and
6. any currently proposed or already confirmed plan affecting the entites and any order confirming the plan, but the party need not mail a copy of the certificate of service to the affected entites.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: 9 / 30 / 2020

Signature: /s/ Kenneth L. Samuelson

Type or Print Name: Kenneth L. Samuelson

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | ETS of Washington, LLC | EIN: | 46-1534442 |
| | Name | | |
| United States Bankruptcy Court | United States Bankruptcy Court for the District of Columbia | Date case filed for chapter: | 11   9/28/20 |
| Case number: | 20-00397-ELG | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case          02/20

For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| 1. | Debtor's full name | ETS of Washington, LLC | |
|---|---|---|---|
| 2. | All other names used in the last 8 years | | |
| 3. | Address | c/o Kenneth L. Samuelson, Esq.<br>Samuelson Law, LLC<br>2020 Pennsylvania Avenue, NW, #417<br>Washington, DC 20006 | |
| 4. | Debtor's attorney<br>Name and address | Kenneth L. Samuelson<br>Samuelson Law Offices, LLC<br>2020 Pennsylvania Ave, NW<br>#417<br>Washington, DC 20006 | Contact phone 202-494-0848<br>Email: ksamuelson@samuelson-law.com |
| 5. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001 | Hours open:<br>9:00 am - 4:00 pm Monday to Friday<br>Contact phone (202) 354-3280<br>Date: 9/29/20 |
| 6. | Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | October 22, 2020 at 10:00 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>Telephone #: (877) 465-7076,<br>Passcode: 7191296 |

For more information, see page 2 >

Official Form 309F1 (For Corporations or Partnerships)     Notice of Chapter 11 Bankruptcy Case     page 1

| Debtor | ETS of Washington, LLC | Case number | 20-00397-ELG |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 7. Proof of claim deadline | **Deadline for filing proof of claim:** | | |
| | For all creditors (except a governmental unit): | 1/30/21 | |
| | For a governmental unit: | 3/27/21 | |
| | A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. | | |
| | Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | | |
| 8. Exception to discharge deadline<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br>**Deadline for filing the complaint:** | _____ | |
| 9. Creditors with a foreign address | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | | |
| 10. Filing a Chapter 11 bankruptcy case | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | | |
| 11. Discharge of debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | | |

United States Bankruptcy Court
United States Bankruptcy Court for the District of Columbia



## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 09/28/2020 at 2:46 PM and filed on 09/28/2020.

**ETS of Washington, LLC**
c/o Kenneth L. Samuelson, Esq.
Samuelson Law, LLC
2020 Pennsylvania Avenue, NW, #417
Washington, DC 20006
Tax ID / EIN: 46-1534442

The case was filed by the debtor's attorney:

Kenneth L. Samuelson
Samuelson Law Offices, LLC
2020 Pennsylvania Ave, NW
#417
Washington, DC 20006
202-494-0848

The case was assigned case number 20-00397-ELG to Judge Elizabeth L Gunn.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.dcb.uscourts.gov or at the Clerk's Office, E. Barrett Prettyman U. S. Courthouse, 333 Constitution Ave, NW #1225, Washington, DC 20001.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Angela D. Caesar
Clerk, U.S. Bankruptcy Court

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/29/2020 23:11:17 | | | |
| PACER Login: | SamLaw2020 | Client Code: | ets |
| Description: | Notice of Filing | Search Criteria: | 20-00397-ELG |
| Billable Pages: | 1 | Cost: | 0.10 |