AMENDED LOCAL OFFICIAL FORM NO. 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re
ETS of Washington LLC                                                    )
_____                                )   Case No. 20-00397-ELG
                                                                         )
                                                                         )
                                                                         )   Chapter 11
                              Debtor(s).                                 )
                                                                         )

AMENDED **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **Flat Fee**

   For legal services, I have agreed to accept _____                     $ _____
   Prior to the filing of this statement I have received _____           $ _____
   Balance Due _____                                                     $ _____

   ☑ **Hourly Fee**

   For legal services, I have agreed to accept and received a retainer of _____  $   5,000.00
   The undersigned shall bill against the retainer at an hourly rate of _____  $     445.00
   [Or attach firm hourly rate schedule.] as such rate may change over time based on periodic increases.
   Debtor has agreed to pay all approved fees and expenses exceeding the amount of the retainer, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses exceeding the retainer, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

   ☐ **_Pro Bono_ Representation**

   I have agreed to provide services without compensation

   **************************************************************************
              The debtor ☑   has    ☐   has not agreed to reimburse expenses.

2. The source of the compensation paid to me was:
        ☐ Debtor        ☑ Other (specify):    Jason Porcier

3. The source of compensation to be paid to me is:
        ☑ Debtor        ☐ Other (specify):

3. With respect to the compensation described herein:

   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   
   Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

   Representation of the debtor in any dischargeability action, judicial lien avoidance, adversary proceeding, foreclosure, litigation by any creditor to collect any promissory note or guaranty, tax advice, zoning or other governmental permitting matter, or environmental matter.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

December 30, 2020
Date

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson 302455
*Signature of Attorney*
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W.
#417
Washington, DC 20006-1811
202-494-0848  Fax: 240-499-8939
ksamuelson@samuelson-law.com
*Name of law firm*

Addendum to Amended Disclosure of Compensation of Attorney for Debtor
Case NO. 20-00397-ELG
12/30/2020

In addition to the $5,000.00 retainer, Jason Porcier advanced Samuelson Law, LLC, $1,717.00 with which to pay the Court's filing fee for the Petition.