The order below is hereby signed.

Signed: February 1 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

In re:                                          Case No. 20-00397-ELG

ETS of Washington LLC          `       Chapter 11

    Debtor

### ORDER GRANTING, IN PART, DEBTOR'S EMERGENCY MOTION FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY

This matter came before the Court on the "EMERGENCY MOTION, OF DEBTOR-IN-POSSESSION, FOR PARTIAL RELIEF FROM THE AUTOMATIC STAY, AND TO GRANT AT LEAST PART OF DEBTOR'S APPLICATION TO EMPLOY DDAVISON LAW, INC. AS SPECIAL COUNSEL FOR DEBTOR, FOR 2207 FOXHALL ROAD, N.W., WASHINGTON, DC 20007; AND TO SHORTEN THE DEADLINE FOR FILING OPPOSITIONS TO THIS MOTION" [Docket No. 42] (the "Motion") and the Hearing thereon on January 28, 2021. It is hereby:

ORDERED THAT The Bankruptcy Code's stay in this Case does not apply to, or relief therefrom is granted for (a) the Hearing, before the District of Columbia Office of Administrative Hearings, on Debtor's appeals, applications and requests for relief, and any proceedings

associated therewith, with respect to the trees now or formerly located upon the subject Property; or (b) the District of Columbia Government's acting upon those appeals, applications and/or requests.

The automatic stay, under the Bankruptcy Code, does not apply to, or prevent (a) Debtor from filing any complaint with, or otherwise seeking any relief from, any governmental office, department or agency; or (b) the government from acting upon such complaints and requests for relief.

Copies to:     All entities on court's mailing list

               Dennis A. Davison, Esq.
               DDavison Law, Inc.
               2501 Q Street, N.W.
               Suite B-21
               Washington, DC 20007
               Tele.:    202-744-9501
               dennis@ddavisonlaw.com

I asked for this:

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W.
#417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
ksamuelson@samuelson-law.com
Attorney for Debtor-in-Possession

Seen:

/s/ Maurice B. VerStandig, Esq.
Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC

1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
Phone:    301-444-4600
Fax:      301-444-4600
mac@mbvesq.com
Attorney for WCP Fund I LLC and DP Capital LLC


/s/ Kristen S. Eustis, Esq.
Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Ph:   703-557-7227
Fax:  703-557-7279
Kristen.S.Eustis@usdoj.gov