LOCAL OFFICIAL FORM NO. 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re                                    )
                                         )      Case No.20-00397
                                         )
ETS of Washington LLC,                   )      Chapter 11
                                         )      Judge Gunn
                    Debtor.              )

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the abovenamed debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ Flat Fee

For legal services, I have agreed to accept ............................................... $ _____

Prior to the filing of this statement, I have received ............................... $ _____

Balance Due ................................................................................................ $ _____

X   Hourly Fee

For legal services, I have agreed to accept and I received a retainer of. .............  $ -0-

*The undersigned shall bill the principals of the Debtor, being Mr. Jason Porcier and Mr. Brian Miller at an hourly rate of $400 per hour for Dennis A. Davison, Esq. and $225 per hour for Awista Ayazi, Esq.*

Debtor has not agreed to pay all approved fees and expenses, subject to those fees and expenses being approved by the court (when court approval is required) for work performed in a chapter 11 case or chapter 13 case. Payments of fees and expenses, other than payment of amounts approved for payment by court order, will be disclosed by a supplemental Rule 2016(b) statement.

☐ Pro Bono Representation

I have agreed to provide services without compensation.

*************************************************************

The debtor has agreed to reimburse expenses.

The source of the compensation paid to me was:

☐ Debtor  ☐ Other (specify)  *Principals of Debtor*

The source of compensation to be paid to me is:

☐ Debtor  ☐ Other (specify)  *Principals of Debtor*

With respect to the compensation described herein:

☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

X  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

*Awista Ayazi is a contract attorney to DDavison Law, Inc. and is paid on a 100% pass-through basis at $225 per hour.*

In return for the above-disclosed fees, I have agreed to render legal service for the following aspects of the bankruptcy case (other than services excluded by the paragraph below) including:

*Representation of the debtor in adversary proceedings and other contested bankruptcy matters;*

By agreement with the debtor(s), the above-disclosed fee does not include the following services:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to

2/19/2021 — Dennis A. Davison
Date        Signature of Attorney

DAVISON LAW, INC.
Name of law firm

2