IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PORCIER−MILLER LLC (VA SCC # S5786860) | ) CASE NO. 20-11730−BFK |
| | )    (Chapter 11) |
| Debtor | ) |
| | ) |

**DEBTOR'S SUPPLEMENTAL LIMITED OPPOSITION TO
MOTION TO DISMISS CASE**

COMES NOW debtor, PORCIER-MILLER, LLC, through counsel, and supplements as follows its opposition to the motion (the "Motion") of the US Trustee to convert or dismiss this case:

1. Debtor consents to the dismissal of this case. The Court has granted relief from the stay to various lenders to foreclose on Debtor's McLean, VA residential real property, which constituted, for all intents and purposes, Debtor's sole asset.

2. Prior to any ruling on the pending motion, Debtor wishes to bring certain facts to the Court's attention. While Debtor does not consider those facts to be relevant, at least one party has misconstrued them to insinuate that there were material omissions from Debtor's list of assets.

3. Debtor's principals, Jason Porcier and Brian Miller, have engaged in the misbegotten and unfortunate practice of giving the identical name, Porcier Miller, LLC, to at least four companies that they have formed.

1

4. In each of the states of Virginia and Maryland, Debtor organized Porcier Miller, LLC. The two companies are involved in different business ventures. The Virginia Company, Debtor in this case (the "Virginia Company", purchased and attempted to develop its McLean VA residential property; the company organized in Maryland (the "Maryland Company") purchased a Maryland tax lien certificate and is in the process of selling the recovered property.

5. The two companies appear to have different tax identification[1] numbers, and Porcier and Miller each have represented that the two ventures were financed by different individuals.

6. The charters of both the Virginia Company and the Maryland Company were terminated by each of their respective state authorities. Thereafter, in an apparent effort to revive the terminated companies, Porcier and Miller organized a second Virginia Company and second Maryland Company, each with the same name as the applicable terminated company. Porcier and Miller's final set of maneuvers was to terminate each of the second companies[2] and revive the original.

7. This confused set of affairs has caused disruption and potential harm to a number of parties. Both Virginia companies had to file for Chapter

---

[1] The Maryland Company's EIN appears to be issued on March 2, 2021, while the Virginia Company's was issued on September 8, 2015.
[2] The second Virginia company 's motion in this court to dismiss its case [Case # 20-11728, Dkt # 6] sets forth in detail the history of the two Virginia companies.

2

11 on the eve of the McLean property's announced foreclosure, because, in the pre-petition rush, counsel could not ascertain which company actually owned that property.

8. A pending property sale by the Maryland Company has been delayed indefinitely because of the purchaser's counsel's concern lest the sale involve property of this bankruptcy estate. A copy of counsel's letter is attached.[3]

9. Little, if any, evidence has surfaced of the Maryland Company's real estate interests being property of the Debtor's estate. Additionally, the courts of Maryland would appear to be the appropriate forum for determining the Maryland Company's title to the recovered property.

WHEREFORE, for the reasons set forth above, the Debtor respectfully requests that this Honorable Court grant the US Trustee's motion insofar as it concerns the dismissal of this case and provide such additional and further relief as it deems appropriate.

/s/Christopher S. Moffitt
Christopher S. Moffitt #18195
218 North Lee Street, 3rd Floor
Alexandria, Virginia  22314
(703) 683-0075

*Counsel for Debtor*

---

[3] In addition to setting forth counsel's concerns about involvement in this bankruptcy case, the stated facts appear to reflect accurately the early history of the two Maryland companies, except that the word "March" should be substituted for "May" in paragraph 7. Since the date of that letter, Porcier and Miller have terminated the second Maryland company and have before the Maryland corporation office an application to reinstate the original Maryland Company.

*Certificate of Service*

I hereby certify that on this 4th day of May, 2021, I served copies of the foregoing opposition via ECF on all parties registered thereon.

/s/ Christopher S. Moffitt

## SIMPKINS & SIMPKINS, P.A.
### ATTORNEYS AT LAW
10840 MARKET LANE, BLDG. A, SUITE 1
P.O. BOX 550
PRINCESS ANNE, MARYLAND 21853

TELEPHONE 410-651-1400
FAX: 410-651-9582

KIRK G. SIMPKINS

March 25, 2021

THOMAS S. SIMPKINS
1926-1989

via e-mail: goplacesgo@gmail.com,

Mr. Brian Miller
3618 Carriage Hill Drive
Frederick, MD   21704

RE: 5 HAMMOCK POINT RD.
CRISFIELD, MD   21817

Dear Mr. Miller:

Let me set forth the facts of this settlement as I know them now. They are:

1] Porcier-Miller LLC (the Virginia LLC) was formed in Arlington, Virginia on September 15, 2015. It is currently an active LLC. The name of the Resident Agent is Jason Porcier, with an address in Arlington, VA.

2] Porcier-Miller, LLC signed a Petition for Chapter 11 Bankruptcy in the Bankruptcy Court for the Eastern District of Virginia on July 28, 2020. The Petition was signed by Brian Miller as the authorized representative in the bankruptcy court. Christopher Moffitt represents the LLC in the bankruptcy proceedings.

3] On February 19, 2021, a Motion was filed in the Bankruptcy Court to convert the case to a Chapter 7 Bankruptcy in the Eastern District of Virginia Case No. 20-11728 (11739). A hearing was set for March 23, 2021. I do not know the outcome of the hearing.

4] Previously I sent to you a statement regarding authority to sign and file a Petition which states that Brian Miller is the Managing Member of the Virginia LLC.

5] On June 12, 2018, Brian Miller filed Articles of Organization for Porcier-Miller, LLC - the exact same name as the Virginia LLC (W18889782). That LLC was forfeited on October 16, 2020, and has not been revived.

6] On June 10, 2020, Porcier-Miller, LLC, filed a Right of Redemption for the property that is the subject of this settlement. That was filed by Mr. Edward Poretz of the Azari Law Firm.

Page 2
Re: 5 Hammock Point Drive, Crisfield, MD 21817

7] On May 2, 2021, Brian Miller filed a new LLC - Porcier-Miller, LLC, (W21493986) - the exact same name as the Virginia LLC and the previous Maryland LLC. On that same date a Federal Identification Number was obtained for the LLC.

8] When the Rights of Redemption was filed, the Maryland LLC for Porcier-Miller had already ben forfeited. I am assuming that because it was forfeited, the new LLC was done on March 21. I am told that it is this LLC that holds title to the property and deed in this case which has just been filed.

9] From my review of the documents, it looks as though Porcier-Miller, LLC, whether registered in Virginia or the new registration in Maryland should be a part of the bankruptcy or at least reported in the bankruptcy. I am not a bankruptcy attorney, but it is my understanding that Chapter 7 is a liquidation and as such the creditors will receive little, if anything, from the Bankruptcy Court. If the creditors were to discover that I passed settlement on property that was owned by an LLC with the exact same name, and more than likely the exact same owners, and the exact same managing member (Mr. Miller) in the bankruptcy, they would more than likely assume that I had defrauded them and the Bankruptcy Court.

My clients want a clear title to the property and I cannot guarantee them clear title under these circumstances. Therefore I need a letter from Mr. Moffitt, on his letterhead, addressed to me stating unequivocally that this property is not part of the bankruptcy and that it will in no way be affected by the Chapter 7 Bankruptcy in Virginia.

Please advise.

Very truly yours,

Kirk G. Simpkins

KGS:sn
cc: Sky Barak, barak@theskygroup.com
    Ed Poretz, Ed@Azarilawllc.com
    Carri Wheatley, Carri@theskygroup.com
    Christopher Moffitt
    Steve Raab, Steve@southernconnectionseafood.com