IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 20-00397-ELG |
| ETS of Washington LLC | Chapter 11 |
| Debtor | Hearings: 5/19/2021 at 11:00 a.m.<br>6/2/2021 at 1:00 p.m.<br>6/16/2021 at 10:00 a.m.<br>on this Motion<br>and<br>6/23/2021 at 10:00 a.m. |

---

| | |
|---|---|
| ETS of Washington LLC | |
| Plaintiff | Adversary Proceeding No. 21-10005-ELG |
| v. | Hearings: 6/2/2021 at 1:00 p.m.<br>6/16/2021 at 10:00 a.m.<br>on this Motion<br>and<br>6/23/2021 at 10:00 a.m. |
| WCP Fund I LLC, et al. | |
| Defendants | |

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING**

**NOTICE OF HEARING ON DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING**

and

---

Filed by Kenneth L. Samuelson, Esq.; D.C. Bar No. 302455; Samuelson Law, LLC; 2020 Pennsylvania Avenue, N.W., #417, Washington, DC 20006; Tele.: 202-991-8800; Fax: 240-499-8939; ksamuelson@samuelson-law.com; Co-Counsel for Debtor-in-Possession and Plaintiff

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

[The Motion and the 2 Notices follow.]

**HEARING DATE:   JUNE 16, 2021 at 10:00 a.m.**

## NOTICE OF HEARING ON DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that a Hearing will be held, on **June 16, 2021, at 10:00 a.m.**, on the following matter:

### DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

via Zoom video conferencing.  Persons wishing to attend need to contact Aimee_Mathewes@dcb.uscourts.gov for access codes.  Parties in interest with questions may contact the undersigned.

Dated:  May 18, 2021

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
ksamuelson@samuelson-law.com
C-Counsel for Debtor-in-Possession and Plaintiff

21.5.18 – Deb.Mot.Dismiss

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that ETS of Washington LLC, the Debtor-in-Possession in the above-captioned Main Bankruptcy Case and the Plaintiff in the above-captioned Adversary Proceeding ("Debtor"), has filed the attached

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

(the "Motion").   The Motion seeks Court approval to dismiss both the Main Bankruptcy Case and the Adversary Proceeding, without prejudice and without any res judicata.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case or in the adversary proceeding.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant some or all of the relief sought in the Motion, or if you want the Court to consider your views on the matter, then:

**Within twenty-one (21) days after the date of the Motion, you or your attorney must file with the Court a written objection to the Motion, together with a proposed order required by Local Bankruptcy Rule 9072-1.**  The objection

21.5.18 - Deb.Mot.Dismiss

and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits, documents, and other evidence you wish to attach in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Kenneth L. Samuelson, Esq.
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
e-mail:   ksamuelson@samuelson-law.com

Dennis A. Davison, Esq.
DDavison Law, Inc.
201 Q Street, N.W., Suite B-21
Washington, DC 20007
2501 Q Street, N.W., Suite B-21,
Washington, DC 20007
Tele.:    202-744-9501
dennis@ddavisonlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tele.:    703-557-7227
E-mail:   Kristen.S.Eustis@usdoj.gov

21.5.18 - Deb.Mot.Dismiss

Andrea Campbell Davison, Esq.
Bean, Kinney & Korman, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201
Tele.:    703-525-4000
E-mail:    adavison@beankinney.com

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.** The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the Motion. Parties in interest with questions may contact the undersigned.

Dated:  May 18, 2021

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
ksamuelson@samuelson-law.com
Co-Counsel for Debtor-in-Possession
and Plaintiff

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

In re:

ETS of Washington LLC

Debtor

Case No. 20-00397-ELG

Chapter 11

Hearings:   5/19/2021 at 11:00 a.m.
            6/2/2021 at 1:00 p.m.
            6/16/2021 at 10:00 a.m.
            on this Motion
            and
            6/23/2021 at 10:00 a.m.

---

ETS of Washington LLC

    Plaintiff

v.

WCP Fund I LLC, et al.

    Defendants

Adversary Proceeding No. 21-10005-ELG

Hearings:   6/2/2021 at 1:00 p.m.
            6/16/2021 at 10:00 a.m.
            on this Motion
            and
            6/23/2021 at 10:00 a.m.

**DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY
PROCEEDING**

Pursuant to 11 U.S.C. §1112, FRBP Rule 1017, and LBR 1017-2, ETS of Washington LLC, the Debtor-in-Possession in the above-captioned Bankruptcy proceeding (the "**Main Bankruptcy Case**") and the Plaintiff in the above-captioned Adversary Proceeding (the "**Adversary Proceeding**",

collectively the "**Debtor**", and collectively these "**Cases**", respectively)
moves to Dismiss these Cases without prejudice and without any res
judicata. In support of this Motion, Debtor states:

1. On the Petition Date, the Debtor had very little cash and has
since not acquired any cash. It had only 2 main assets – (a) its claims
for building permits to be able to develop its real estate (its "**Permits
Claims**"); and (b) its claims, for recission or reformation, and damages,
against DP Capital LLC, WCP Fund I LLC, and 1Sharpe Opportunity
Intermediate Trust (collectively, the "**Secured Creditors**"), for fraud-
in-the-inducement, COVID violations, etc. (collectively, its "**Fraud
Claims**").

2. On 2/2/21, the Court allowed the members of the Debtor,
personally, to fund the litigation of the Fraud Claims. [ECF No. 55]

3. On 5/4/21, the Court granted the Secured Creditors relief
from stay [ECF No. 100], thereby effectively (a) mooting the Permits
Claims from continuing as assets of the Bankruptcy Estate; and (b)
leaving the Debtor without Bankruptcy-types of remedies (such as
equitable subordination) for its Fraud Claims.

4. These Cases are thus down to primarily state-law claims.

5. On 5/10/21, the Debtor's lead Bankruptcy attorney, Samuelson
Law, LLC, filed a motion to withdraw because of long-standing
irreconcilable differences. [ECF No. 106] That motion is still pending.
For months, Debtor has not been able to find an attorney to replace
Samuelson-Law, LLC.

6.    On 5/10/21, the Secured Creditors filed a motion asking the Court to remove the Debtor from being a debtor-in-possession or to convert the Main Bankruptcy Case to a Chapter 7.   [ECF No. 107]   That motion is scheduled for hearing on 5/19/21.   It is not at all clear (a) if and when the Debtors can find a suitable Bankruptcy attorney; or (b) if the Members of the Debtor would be willing to continue funding the litigation, of the Fraud Claims, or for how long, if the prosecution thereof is placed under the control of a third-party trustee.   See the "Reply to Opposition to Debtor's Application to Employ DDavison Law, Inc."   [ECF No. 40]   Viewing the allegations most favorably to the Debtor, such a failure to continue to fund would leave the Secured Creditors in the position of never having to answer for the Fraud Claims.

7.    The Cases, as to the Fraud Claims, have not progressed far enough that they cannot feasibly be taken-over by a District of Columbia [state] court.   They have not passed beyond 12(b)(6) motions stage as to the Fraud Claims and, at the request of the Secured Creditors, discovery has been very limited.   [Adv. Proc. ECF No. 18]

**WHEREFORE**, Samuelson-Law prays this Court:

(a) to Dismiss these Cases without prejudice and without any res judicata; and

(b)  to grant Debtor such other and further relief as is just.

---

21.5.18 - Deb.Mot.Dismiss

<u>Statement of Points and Authorities</u>

Bankruptcy Courts should accord comity and respect the expertise of state courts with respect to non-core questions, of state law, where there is no bankruptcy purpose to be served.  <u>In re Labgold</u>, 532 B.R. 276, 2015 WL 3794507 (E.D. VA. 2015). This is particularly true with respect to the interpretation and application of new state statutes like the District of Columbia's new COVID Mortgage Relief Law.

Dated:  May 10, 2021
                            /s/ Kenneth L. Samuelson
                            Kenneth L. Samuelson, Esq.
                            D.C. Bar No.  302455
                            Samuelson Law, LLC
                            2020 Pennsylvania Avenue, N.W., #417
                            Washington, DC 20006
                            Tele.:    202-991-8800
                            Fax:      240-499-8939
                            ksamuelson@samuelson-law.com
                            Co-Counsel for Debtor-in-Possession

<u>Certificate of Service</u>

I HEREBY CERTIFY that, on the <u>18th day of May, 2021</u>, a copy of the foregoing Motion, including the attached Notice of Hearing, Notice of Opportunity to Object, and proposed Order, were sent:

    (a)    electronically, via the Court's ECF system, in the undersigned's filing of the foregoing, to all creditors and parties in interest registered therein to receive such service; and

    (b)    via the U.S. Postal Service mail, first class postage prepaid, to:

Dennis A. Davison, Esq.
DDavison Law, Inc.
2501 Q Street, N.W.
Suite B-21
Washington, DC 20007
(and also sent by e-mail)

ETS of Washington LLC
1881 North Nash Street
#505
Arlington, VA 22209
Att'n:  Jason Porcier

Jason Porcier
1455 Ocean Drive
Unit 1111
Miami Beach, FL 33139
(and also sent by e-mail)

Brian Miller
3618 Carriage Hill Drive
Frederick, MD 21704
(and also sent by e-mail)

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650

21.5.18 – Deb.Mot.Dismiss

Alexandria, VA 22314

Andrea Campbell Davison, Esq.
Bean, Kinney & Korman, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              Case No. 20-00397-ELG

ETS of Washington LLC               Chapter 11

Debtor


ETS of Washington LLC

        Plaintiff                   Adversary Proceeding No. 21-10005-
                                    ELG

            v.

WCP Fund I LLC, et al.

        Defendants


**ORDER APPROVING <u>DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND
ADVERSARY PROCEEDING</u>**

        Upon consideration of the "DEBTOR'S MOTION TO VOLUNTARILY DISMISS

PETITION AND ADVERSARY PROCEEDING" it is hereby

            ORDERED that that Motion be and is hereby GRANTED, and it is

further

_____

ORDERED that these Cases be and are hereby, DISMISSED, without prejudice and without any res judicata.

I asked for this:

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
ksamuelson@samuelson-law.com

Copies to:

All persons who have requested notices pursuant to the Court's ECF system in these Cases

Dennis A. Davison, Esq.
DDavison Law, Inc.
2501 Q Street, N.W.
Suite B-21
Washington, DC 20007

ETS of Washington LLC
1881 North Nash Street
#505
Arlington, VA 22209
Att'n:  Jason Porcier

Jason Porcier
1455 Ocean Drive
Unit 1111
Miami Beach, FL 33139

Brian Miller
3618 Carriage Hill Drive
Frederick, MD 21704

_____