### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 20-00397-ELG |
| ETS of Washington LLC | Chapter 7 |
| Debtor | Hearings:  6/2/2021 at 1:00 p.m.<br>6/16/2021 at 10:00 a.m.<br>on this Motion<br>and<br>6/23/2021 at 10:00 a.m. |

_____

| | |
|---|---|
| ETS of Washington LLC | |
| Plaintiff | Adversary Proceeding No. 21-10005-ELG |
| v. | Hearings:  6/2/2021 at 1:00 p.m.<br>6/16/2021 at 10:00 a.m.<br>on this Motion<br>and<br>6/23/2021 at 10:00 a.m. |
| WCP Fund I LLC, et al. | |
| Defendants | |

**HEARING DATE:  JUNE 16, 2021 at 10:00 a.m.**

**SUPPLEMENT TO**
**DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY**
**PROCEEDING**

_____

Filed by Kenneth L. Samuelson, Esq.; D.C. Bar No. 302455; Samuelson Law, LLC; 2020 Pennsylvania Avenue, N.W., #417, Washington, DC 20006; Tele.: 202-991-8800;  Fax:  240-499-8939;  ksamuelson@samuelson-law.com;  Co-Counsel for Debtor-in-Possession and Plaintiff

ETS of Washington LLC, Debtor/Plaintiff in the above-captioned Cases ("**Debtor**") hereby supplements its "DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING" [Main BK Case ECF No. 115], a copy of which, including a Notice of the Deadline to File and Serve Objections thereto and a Notice of Hearing thereon, is attached hereto as **Exhibit "A"** (the "Motion"). Those supplements are as follows: (All terms not otherwise defined herein shall have the respective meanings set forth in the Motion.)

1. On 5/21/2021, the Court converted this Case to a Chapter 7. [Main BK Case ECF No. 117]. Debtor understands that the Court Order, to that effect, is forthcoming. Debtor understands that said conversion is to be without prejudice to the Motion.

2. The Bankruptcy Estate still has practically no cash with which to pursue the Fraud Claims.

3. The Dismissal requested in the Motion is in the best interests of the creditors, except the Secured Creditors.

4. A list of all of the creditors is attached hereto as **Exhibit "B"**.

5. The Debtor has not entered into any settlements.

6. Given the conversion to a Chapter 7, a dismissal seems to be the best way of

**WHEREFORE**, Debtor has prayed the Court:

---

(a) to Dismiss these Cases without prejudice and without any res judicata; and

(b) to grant Debtor such other and further relief as is just.

Dated: May 21, 2021

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No. 302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:   202-991-8800
Fax:     240-499-8939
ksamuelson@samuelson-law.com
Co-Counsel for Debtor-in-Possession/Plaintiff

## Certificate of Service

I HEREBY CERTIFY that, on the 21st day of May, 2021, a copy of the foregoing Motion, including **Exhibit "A"** thereto, were sent:

(a) electronically, via the Court's ECF system, in the course of the undersigned's filing of the foregoing, to all creditors and parties in interest registered therein to receive such service; and

(b) via the U.S. Postal Service mail, first class postage prepaid, to each of the persons and entities listed on **Exhibit "B"** and to

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson

C:\Users\ksamu\OneDrive    -    samuelson-law.com\ETS\21.5.21    -
Supp.D.Mot.Dismiss.docx

Exhibit "A"
(the Motion)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                              Case No. 20-00397-ELG

ETS of Washington LLC               Chapter 11

Debtor                              Hearings:  5/19/2021 at 11:00 a.m.
                                               6/2/2021 at 1:00 p.m.
                                               6/16/2021 at 10:00 a.m.
                                               on this Motion
                                               and
                                               6/23/2021 at 10:00 a.m.

---

ETS of Washington LLC

      Plaintiff                     Adversary Proceeding No. 21-10005-ELG

v.                                  Hearings:  6/2/2021 at 1:00 p.m.
                                               6/16/2021 at 10:00 a.m.
                                               on this Motion
                                               and
                                               6/23/2021 at 10:00 a.m.

WCP Fund I LLC, et al.

      Defendants

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

## NOTICE OF HEARING ON DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

and

---

Filed by Kenneth L. Samuelson, Esq.; D.C. Bar No. 302455; Samuelson Law, LLC; 2020 Pennsylvania Avenue, N.W., #417, Washington, DC 20006; Tele.: 202-991-8800; Fax: 240-499-8939; ksamuelson@samuelson-law.com; Co-Counsel for Debtor-in-Possession and Plaintiff

NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO DEBTOR'S MOTION TO
VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

[The Motion and the 2 Notices follow.]

HEARING DATE:  JUNE 16, 2021 at 10:00 a.m.

NOTICE OF HEARING ON DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

PLEASE TAKE NOTICE that a Hearing will be held, on **June 16, 2021, at 10:00 a.m.**, on the following matter:

DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

via Zoom video conferencing.  Persons wishing to attend need to contact Aimee Mathewes@dcb.uscourts.gov for access codes.  Parties in interest with questions may contact the undersigned.

Dated:  May 18, 2021

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:    202-991-8800
Fax:      240-499-8939
ksamuelson@samuelson-law.com
C-Counsel for Debtor-in-Possession and Plaintiff

21.5.18 - Deb.Mot.Dismiss

<u>NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO DEBTOR'S MOTION TO
VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING</u>

<u>**PLEASE TAKE NOTICE**</u> that ETS of Washington LLC, the Debtor-in-
Possession in the above-captioned Main Bankruptcy Case and the Plaintiff
in the above-captioned Adversary Proceeding ("Debtor"), has filed the
attached

<u>DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY
PROCEEDING</u>

(the "Motion"). The Motion seeks Court approval to dismiss both the
Main Bankruptcy Case and the Adversary Proceeding, without prejudice and
without any res judicata.

<u>**Your rights may be affected**</u>. You should read these papers carefully and
discuss them with your attorney, if you have one in this bankruptcy case
or in the adversary proceeding. (If you do not have an attorney, you
may wish to consult one.)

If you do not want the Court to grant some or all of the relief sought
in the Motion, or if you want the Court to consider your views on the
matter, then:

> **Within twenty-one (21) days after the date of the Motion,
> you or your attorney must file with the Court a written
> objection to the Motion, together with a proposed order
> required by Local Bankruptcy Rule 9072-1.** The objection

21.5.18 - Deb.Mot.Dismiss

and proposed order must be filed with the Clerk of the Bankruptcy Court, E. Barrett Prettyman U.S. Courthouse, 3rd and Constitution Avenue, N.W., Washington, D.C. 20001. You may append affidavits, documents, and other evidence you wish to attach in support of your objection.

If you mail your objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy of your objection to:

Kenneth L. Samuelson, Esq.
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:      202-991-8800
Fax:        240-499-8939
e-mail:     ksamuelson@samuelson-law.com

Dennis A. Davison, Esq.
DDavison Law, Inc.
201 Q Street, N.W., Suite B-21
Washington, DC 20007
2501 Q Street, N.W., Suite B-21,
Washington, DC 20007
Tele.:      202-744-9501
dennis@ddavisonlaw.com

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650
Alexandria, VA 22314
Tele.:      703-557-7227
E-mail:     Kristen.S.Eustis@usdoj.gov

21.5.18 - Deb.Mot.Dismiss

Andrea Campbell Davison, Esq.
Bean, Kinney & Korman, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201
Tele.:    703-525-4000
E-mail:   adavison@beankinney.com

**If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting relief.** The Court may grant the Motion without a hearing if the objection filed states inadequate grounds for denial of the Motion. Parties in interest with questions may contact the undersigned.


Dated:  May 18, 2021            /s/ Kenneth L. Samuelson
                                Kenneth L. Samuelson, Esq.
                                D.C. Bar No.  302455
                                Samuelson Law, LLC
                                2020 Pennsylvania Avenue, N.W., #417
                                Washington, DC 20006
                                Tele.:    202-991-8800
                                Fax:      240-499-8939
                                ksamuelson@samuelson-law.com
                                Co-Counsel for Debtor-in-Possession
                                and Plaintiff

---

21.5.18 - Deb.Mot.Dismiss

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    Case No. 20-00397-ELG

ETS of Washington LLC                     Chapter 11

Debtor                                    Hearings:  5/19/2021 at 11:00 a.m.
                                                     6/2/2021 at 1:00 p.m.
                                                     6/16/2021 at 10:00 a.m.
                                                     on this Motion
                                                     and
                                                     6/23/2021 at 10:00 a.m.

_____

ETS of Washington LLC

        Plaintiff

                                          Adversary Proceeding No. 21-10005-ELG
v.
                                          Hearings:  6/2/2021 at 1:00 p.m.
                                                     6/16/2021 at 10:00 a.m.
                                                     on this Motion
                                                     and
                                                     6/23/2021 at 10:00 a.m.

WCP Fund I LLC, et al.

        Defendants

## DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

Pursuant to 11 U.S.C. §1112, FRBP Rule 1017, and LBR 1017-2, ETS of Washington LLC, the Debtor-in-Possession in the above-captioned Bankruptcy proceeding (the "**Main Bankruptcy Case**") and the Plaintiff in the above-captioned Adversary Proceeding (the "**Adversary Proceeding**",

collectively the "**Debtor**", and collectively these "**Cases**", respectively)
moves to Dismiss these Cases without prejudice and without any res
judicata. In support of this Motion, Debtor states:

1.    On the Petition Date, the Debtor had very little cash and has
since not acquired any cash. It had only 2 main assets – (a) its claims
for building permits to be able to develop its real estate (its "**Permits
Claims**"); and (b) its claims, for recission or reformation, and damages,
against DP Capital LLC, WCP Fund I LLC, and 1Sharpe Opportunity
Intermediate Trust (collectively, the "**Secured Creditors**"), for fraud-
in-the-inducement, COVID violations, etc. (collectively, its "**Fraud
Claims**").

2.    On 2/2/21, the Court allowed the members of the Debtor,
personally, to fund the litigation of the Fraud Claims. [ECF No. 55]

3.    On 5/4/21, the Court granted the Secured Creditors relief
from stay [ECF No. 100], thereby effectively (a) mooting the Permits
Claims from continuing as assets of the Bankruptcy Estate; and (b)
leaving the Debtor without Bankruptcy-types of remedies (such as
equitable subordination) for its Fraud Claims.

4.    These Cases are thus down to primarily state-law claims.

5.    On 5/10/21, the Debtor's lead Bankruptcy attorney, Samuelson
Law, LLC, filed a motion to withdraw because of long-standing
irreconcilable differences. [ECF No. 106] That motion is still pending.
For months, Debtor has not been able to find an attorney to replace
Samuelson-Law, LLC.

---

21.5.18 - Deb.Mot.Dismiss

6.     On 5/10/21, the Secured Creditors filed a motion asking the
Court to remove the Debtor from being a debtor-in-possession or to
convert the Main Bankruptcy Case to a Chapter 7.  [ECF No. 107]  That
motion is scheduled for hearing on 5/19/21.  It is not at all clear (a)
if and when the Debtors can find a suitable Bankruptcy attorney; or (b)
if the Members of the Debtor would be willing to continue funding the
litigation, of the Fraud Claims, or for how long, if the prosecution
thereof is placed under the control of a third-party trustee.  See the
"Reply to Opposition to Debtor's Application to Employ DDavison Law,
Inc."  [ECF No. 40]   Viewing the allegations most favorably to the
Debtor, such a failure to continue to fund would leave the Secured
Creditors in the position of never having to answer for the Fraud Claims.

7.     The Cases, as to the Fraud Claims, have not progressed far
enough that they cannot feasibly be taken-over by a District of Columbia
[state] court.  They have not passed beyond 12(b)(6) motions stage as
to the Fraud Claims and, at the request of the Secured Creditors,
discovery has been very limited.  [Adv. Proc. ECF No. 18]

**WHEREFORE,** Samuelson-Law prays this Court:

(a) to Dismiss these Cases without prejudice and without any
res judicata; and

(b)  to grant Debtor such other and further relief as is
just.

---

Case 20-00397-ELG    Doc 118    Filed 05/21/21    Entered 05/21/21 13:26:12    Desc Main
Document    Page 14 of 14

<u>Statement of Points and Authorities</u>

Bankruptcy Courts should accord comity and respect the expertise of state courts with respect to non-core questions, of state law, where there is no bankruptcy purpose to be served. <u>In re Labgold</u>, 532 B.R. 276, 2015 WL 3794507 (E.D. VA. 2015). This is particularly true with respect to the interpretation and application of new state statutes like the District of Columbia's new COVID Mortgage Relief Law.

Dated:  May 10, 2021

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:     202-991-8800
Fax:       240-499-8939
ksamuelson@samuelson-law.com
Co-Counsel for Debtor-in-Possession

21.5.18 - Deb.Mot.Dismiss

## Certificate of Service

I HEREBY CERTIFY that, on the 18th day of May, 2021, a copy of the foregoing Motion, including the attached Notice of Hearing, Notice of Opportunity to Object, and proposed Order, were sent:

(a)   electronically, via the Court's ECF system, in the undersigned's filing of the foregoing, to all creditors and parties in interest registered therein to receive such service; and

(b)   via the U.S. Postal Service mail, first class postage prepaid, to:

Dennis A. Davison, Esq.
DDavison Law, Inc.
2501 Q Street, N.W.
Suite B-21
Washington, DC 20007
(and also sent by e-mail)

ETS of Washington LLC
1881 North Nash Street
#505
Arlington, VA 22209
Att'n:  Jason Porcier

Jason Porcier
1455 Ocean Drive
Unit 1111
Miami Beach, FL 33139
(and also sent by e-mail)

Brian Miller
3618 Carriage Hill Drive
Frederick, MD 21704
(and also sent by e-mail)

Maurice B. VerStandig, Esq.
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street, Suite 650

---

Alexandria, VA 22314

Andrea Campbell Davison, Esq.
Bean, Kinney & Korman, P.C.
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                          Case No. 20-00397-ELG

ETS of Washington LLC           Chapter 11

Debtor


ETS of Washington LLC

     Plaintiff               Adversary Proceeding No. 21-10005-
                                ELG

       v.

WCP Fund I LLC, et al.

     Defendants


## ORDER APPROVING DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING

Upon consideration of the "DEBTOR'S MOTION TO VOLUNTARILY DISMISS PETITION AND ADVERSARY PROCEEDING" it is hereby

ORDERED that that Motion be and is hereby GRANTED, and it is further

ORDERED that these Cases be and are hereby, DISMISSED, without prejudice and without any res judicata.

I asked for this:

/s/ Kenneth L. Samuelson
Kenneth L. Samuelson, Esq.
D.C. Bar No.  302455
Samuelson Law, LLC
2020 Pennsylvania Avenue, N.W., #417
Washington, DC 20006
Tele.:     202-991-8800
Fax:       240-499-8939
ksamuelson@samuelson-law.com

Copies to:

All persons who have requested notices pursuant to the Court's ECF system
in these Cases

Dennis A. Davison, Esq.
DDavison Law, Inc.
2501 Q Street, N.W.
Suite B-21
Washington, DC 20007

ETS of Washington LLC
1881 North Nash Street
#505
Arlington, VA 22209
Att'n:  Jason Porcier

Jason Porcier
1455 Ocean Drive
Unit 1111
Miami Beach, FL 33139

Brian Miller
3618 Carriage Hill Drive
Frederick, MD 21704

Exhibit "B"
(the list of creditors)

Label Matrix for local noticing
1090-1
Case 20-00397-ELG
United States Bankruptcy Court for the Distri
Washington, D.C.
Fri May 21 16:28:11 EDT 2021

Child Support Services Division
Office of the Attorney General
Judiciary Square 441 4th Street, NW
5th Floor
Washington, DC 20001

D.C. Office of Tax and Revenue
Bankruptcy Division
1101 4th Street SW
Washington, DC 20024-4457

D.C. Unemploy. Comp. Board
4th and Penna. Ave., N.W.
Washington, DC 20001-2106

DC Unemploy. Comp. Board
609 H St., NE
Room 3530367
Washington, DC 20002-7184

District Unemployment Compensation Board
4058 Minnesota Ave., NE
4th Floor
Washington, DC 20019-3540

ETS of Washington LLC
c/o Kenneth L. Samuelson, Esq.
Samuelson Law, LLC
1020 Pennsylvania Avenue, NW, #417
Washington, DC 20006-1811

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Ofc of Corp. Counsel
1 Judiciary Sq.
441 4th St., N.W.
6th Fl. North, Ste 1060
Washington, DC 20001-2714

Office of Attorney General
Tax, Bankruptcy, and Finance
One Judiciary Square
441 4th Street, NW
5th Floor
Washington, DC 20001-2714

Secretary of the Treasury
15th and Pennsylvania Aveneu, NW
Washington, DC 20220-0001

Securities and Exchange Commission
Atlanta Regional Office
Office of Reorganization
950 East Paces Ferry Road NE, Ste. 900
Atlanta, GA 30326-1382

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

U.S. Attorney's Office
Civil Division - Judiciary Ct. Building
555 4th St., N.W.
4th Floor
Washington, DC 20001-2733

U.S. Environmental Protection Agency
US EPA Region 3
Attn: Bettina Dunn, Paralegal Specialist
Office of Regional Counsel
1650 Arch Street (3RC60)
Philadelphia, PA 19103-2029

MCP Fund I, LLC as servicer for 1Sharpe Oppo
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Washington, D.C.
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001-2802

Bank of America, N.A.
P.O. Box 15312
Wilmington, DE 19850-5312

Bank of America, N.A.
PO BOX 31785
TAMPA, FL 33631-3785

Brian Miller
3618 Carriage Hill Drive
Frederick, MD 21704-7371

DP Capital LLC
c/o The VerStandig Law Firm, LLC
9812 Falls Road, #114-160
Potomac, MD 20854-3976

Daniel Huertas
3815 Hartland Road
Suite 200
Falls Church, VA 22043-3548

ISHARPE OPPORTUNITY IMMEDIATE TRUST
370 Highland Ave.
#200
Piedmont, CA 94611-4018

Jacob Preisser
46500 Deer Trail Rd
Deer Trail, CO 80105-7722

Jason Merica
7804 Greenbriar Lane
Walkersville, MD 21793-8805

Jason Porcier
1455 Ocean Drive
Unit 1111
Miami Beach, FL 33139-4140

Joseph Michalczyk
16 Cheviot Road
Southampton, NY 11968-3703

Kim Nguyen
Fairfax Realty of Tysons
8230 Boone Blvd.
Suite 330
Vienna, VA 22182-2621

Kristen S. Eustis, Esq.
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314-3489

Office of the Attorney General
Tax, Bankruptcy and Finance
400 6th Street, N.W.
Washington, DC 20001-0189

ardo & Drazin, A Prof. Corp.
400 Jennifer Street, NW
Suite 2
Washington, DC 20015-2089

Société Générale
188 North West Street
#505
Arlington, VA 22209-1564

Russell S. Drazin, Esq.
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015-2089

Scott B. Goldschein
9711 Washingtonian Boulevard
Suite 201
North Potomac, MD 20878-7431

Vera Stoeva
c/o Andrea C. Davison
Bean Kinney & Korman, PC
2311 Wilson Blvd., Suite 500
Arlington, VA 22201-5422

WCP Fund I LLC
2815 Hartland Road
Suite 200
Falls Church, VA 22043-3548

WCP Fund I, LLC
c/o The VerStandig Law Firm, LLC
1812 Falls Road, #114-160
Potomac, MD 20854-3976

Wolfe House Movers, LLC
10 Birch Lane
Bernville, PA 19506-8510

Arthur Lander CPA PC
300 N. Washington St. #104
Alexandria, VA 22314-2530

Carlyn Winter Prisk
US Environmental Protection Agency
Region III (3HS62)
1650 Arch St.
Philadelphia, PA 19103-2087

Dennis A. Davison
DDavison Law, Inc.
2501 Q Street, N.W.
Suite B-21
Washington
Washington, DC 20007-4301

Kenneth L. Samuelson
Samuelson Law, LLC
2020 Pennsylvania Avenue, NW
#417
Washington, DC 20006-1811

Kenneth L. Samuelson
Samuelson Law, LLC
2020 Pennsylvania Avenue, NW
Ste #417
Washington, DC 20006-1811

Vera Stoeva
BEAN, KINNEY & KORMAN, P.C.
Attn: Andrea C. Davison, Esq.
2311 Wilson Blvd., 5th Floor
Arlington, VA 22201-5422

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)DP Capital LLC

(d)Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

End of Label Matrix
Mailable recipients    43
Bypassed recipients     2
Total                  45