## LOCAL OFFICIAL FORM NO. 8

<u>Samuelson Law, LLC</u>'s WITNESS AND EXHIBIT RECORD

| Date | Case or Adv. Pro. No. | Operator* | Page Number |
|---|---|---|---|
| Name of Witness | Brief Description of Testimony to be Elicited | Estimated Time to Elicit Testimony | Date Called* |
| Marlene I. Samuelson | Identify business records | 15 minutes | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page 1 of 2

| Exhibit Number* | Description | ID* | Date Admitted* |
|---|---|---|---|
| 1 | Invoice, 4/8/21, from Samuelson-Law | | |
| 2 | Second Supp. to  Comp. App. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

*For Court Use

Page 6 of 2

---

\* When there are two parties, the plaintiff or movant should number its exhibits by numbers, and the defendant or respondent should number its exhibits by letters (A, B, ..., Z, AA, AB, ..., AZ, BA, BB, ..., BE, etc.).