Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for the Secured Creditors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 20-397-ELG |
| | ) | |
| ETS of Washington LLC | ) | (Chapter 7) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## **PRAECIPE RE EMERGENCY MATTER**

The attached motion requires a ruling by the Court no later than Friday, July 2, 2021, as the motion concerns the requirement a meeting of creditors be held not later than the 40th day following the entry of an order for relief, and Tuesday, July 6, 2021 is that date. As extrapolated upon in the motion, the meeting of creditors, scheduled for the 1st day of July, 2021, will not be convened because of the refusal of the debtor herein to procure counsel. A ruling one business day before the applicable deadline for a meeting would permit the meeting to be timely commenced, and certain business of that meeting to be concluded, even if the meeting itself is then held open to a future date so as to allow for the Debtor to procure counsel.

**[CERTIFICATE OF SERVICE ON FOLLOWING PAGE]**

1

                                                                                                                      Respectfully submitted,

Dated: June 30, 2021                                                       By: /s/ Maurice B. VerStandig
                                                                                        Maurice B. VerStandig, Esq.
                                                                                        Bar No. MD18071
                                                                                        The VerStandig Law Firm, LLC
   1452 W. Horizon Ridge Pkwy, #665
   Henderson, Nevada 89012
   Phone: (301) 444-4600
   Facsimile: (301) 444-4600
   mac@mbvesq.com
   *Counsel for the Secured Creditors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of June, 2021, a copy of the foregoing was served electronically upon filing via the ECF system, with copies to:

| | |
|---|---|
| William Douglas White, Esq.<br>McCarthy & White, PLLC<br>8205 Pettit Court<br>McLean, Virginia 22102<br>wdw@mccarthywhite.com<br>*Chapter 7 Interim Trustee* | Andrea Campbell Davison, Esq.<br>Bean, Kinney & Korman, P.C.<br>2311 Wilson Blvd., 5th Floor<br>Arlington, Virginia 22201<br>adavison@beankinney.com<br>*Counsel for Vera Stoeva* |
| Kristen S. Eustis, Esq.<br>Office of the United States Trustee<br>1725 Duke Street, Suite 650<br>Alexandria, Virginia 22314<br>Kristen.S.Eustis@usdoj.gov<br>*Counsel for the United States Trustee* | |

                                                    /s/ Maurice B. VerStandig
                                                    Maurice B. VerStandig