UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
WASHINGTON DC DIVISION

| | | |
|---|---|---|
| In re: ETS OF WASHINGTON LLC | § | Case No. 20-00397 |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 11 of the United States Bankruptcy Code was filed on September 28, 2020. The case was converted to one under Chapter 7 on May 24, 2021. The undersigned trustee was appointed on May 24, 2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         60,000.00

   Funds were disbursed in the following amounts:
   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 868.86 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]     $ | 59,131.14 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/25/2021 and the deadline for filing governmental claims was 11/20/2021. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,250.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,250.00, for a total compensation of $6,250.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $2,012.00, for total expenses of $2,012.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/29/2024        By: /s/William Douglas White - DC
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-00397　　　　　　　　　　　　　　**Trustee:** (730090)　William Douglas White - DC
**Case Name:** ETS OF WASHINGTON LLC　　　　　**Filed (f) or Converted (c):** 05/24/21 (c)
　　　　　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:** 07/01/21
**Period Ending:** 01/29/24　　　　　　　　　　　**Claims Bar Date:** 10/25/21

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential real estate described as Lot 9, 1/2  (u) | 2,750,000.00 | 2,750,000.00 | | 0.00 | FA |
| 2 | House under construction at 2207 Foxhall Road, N | 1,600,000.00 | 1,161,244.00 | | 0.00 | FA |
| 3 | Checking Account at TD Bank  (u) | 1,905.42 | 1,905.42 | | 0.00 | FA |
| 4 | Checking Account at Bank of America, xxxxxx5616 | 528.45 | 528.45 | | 0.00 | FA |
| 5 | Debtor has claims against the entities that sold | Unknown | Unknown | | 0.00 | FA |
| 6 | ADV 21-10005  (u)<br>　1/26/22-NOM Sell Estate's interest in adv 21-10005<br>-docket #209<br>Order approving compromise with secured creditors,<br>Doc. 358 | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 6 | **Assets** **Totals** (Excluding unknown values) | **$4,412,433.87** | **$3,973,677.87** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

　　deposit of first purchaser buying adveersary proceeding from estate was returned per court order;  offer of second purchaser approved by court; closing occurred on
　　4/4/2023; TFR to be filed; ETFR 8/15/2023

**Initial Projected Date Of Final Report (TFR):**　　January 31, 2023　　　　**Current Projected Date Of Final Report (TFR):**　　August 15, 2023

Printed: 01/29/2024 02:45 AM　　V.20.60

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 20-00397 | Trustee: | William Douglas White - DC (730090) |
| --- | --- | --- | --- |
| Case Name: | ETS OF WASHINGTON LLC | Bank Name: | Metropolitan Commercial Bank |
| | | Account: | ******2246 - Checking Account |
| Taxpayer ID #: | **-***4442 | Blanket Bond: | $3,000,000.00  (per case limit) |
| Period Ending: | 01/29/24 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/09/22 | {6} | WIRE FROM JASON R PORCIER | WIRE FROM JASON R PORCIER | 1280-000 | 10,500.00 | | 10,500.00 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.53 | 10,490.47 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.49 | 10,471.98 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.22 | 10,455.76 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.19 | 10,439.57 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.40 | 10,421.17 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.14 | 10,405.03 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.34 | 10,386.69 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.64 | 10,370.05 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.06 | 10,353.99 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.70 | 10,336.29 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.56 | 10,319.73 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.64 | 10,302.09 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.40 | 10,286.69 |
| 03/09/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -213.31 | 10,500.00 |
| 03/12/23 | 101 | Jason Porcier | Return of Deposit from Jason Porcier for purchase of litigation Voided on 03/13/23 | 1280-000 | -10,599.00 | | -99.00 |
| 03/13/23 | 101 | Jason Porcier | Return of Deposit from Jason Porcier for purchase of litigation Voided: check issued on 03/12/23 | 1280-000 | 10,599.00 | | 10,500.00 |
| 03/13/23 | 102 {6} | Jason Porcier | return of deposit on purchase contract | 1280-000 | -10,500.00 | | 0.00 |
| 03/31/23 | {6} | Wire from The Verstandig Law Firm | Full payment from secured creditor to settle AP 21-10005 - see order, Doc. 358 | 1149-000 | 60,000.00 | | 60,000.00 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 89.19 | 59,910.81 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 105.62 | 59,805.19 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 95.85 | 59,709.34 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 92.50 | 59,616.84 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 105.11 | 59,511.73 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 92.19 | 59,419.54 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 101.58 | 59,317.96 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 95.07 | 59,222.89 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 91.75 | 59,131.14 |

Subtotals :    $60,000.00    $868.86

{} Asset reference(s)    Printed: 01/29/2024 02:45 AM    V.20.60

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 20-00397 | Trustee: William Douglas White - DC (730090) |
| Case Name: ETS OF WASHINGTON LLC | Bank Name: Metropolitan Commercial Bank |
| | Account: ******2246 - Checking Account |
| Taxpayer ID #: **-***4442 | Blanket Bond: $3,000,000.00 (per case limit) |
| Period Ending: 01/29/24 | Separate Bond: N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 60,000.00 | 868.86 | $59,131.14 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 60,000.00 | 868.86 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $60,000.00 | $868.86 | |

| | |
|---|---|
| Net Receipts : | 60,000.00 |
| Net Estate : | $60,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2246 | 60,000.00 | 868.86 | 59,131.14 |
| | $60,000.00 | $868.86 | $59,131.14 |

{} Asset reference(s)    Printed: 01/29/2024 02:45 AM    V.20.60

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 25, 2021

**Case Number:** 20-00397
**Debtor Name:** ETS OF WASHINGTON LLC

Page: 1

**Date:** January 29, 2024
**Time:** 02:45:05 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | William Douglas White, Trustee | Admin Ch. 7 | | $2,012.00 | $0.00 | 2,012.00 |
| 200 | William Douglas White - DC<br>8205 Pettit Court<br>McLean, VA 22102 | Admin Ch. 7 | | $6,250.00 | $0.00 | 6,250.00 |
| 9<br>200 | U.S. Trustee<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314 | Admin Ch. 7 | | $575.00 | $0.00 | 575.00 |
| 300 | Kenneth Samuelson Esq. | Admin Ch. 11 | counsel fees approved per court order | $81,283.00 | $0.00 | 81,283.00 |
| 2S<br>100 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NE | Secured | claim asserted against property not being administered by the estate | $0.00 | $0.00 | 0.00 |
| 2S-2<br>100 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NE | Secured | claim asserted against property not being administered by the estate | $0.00 | $0.00 | 0.00 |
| 1<br>610 | Bank of America, N.A.<br>PO BOX 31785<br>TAMPA, FL 33631-3785 | Unsecured | | $56,875.00 | $0.00 | 56,875.00 |
| 2U<br>610 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NE | Unsecured | claim superseded by Claim 2U-2 | $0.00 | $0.00 | 0.00 |
| 2U-2<br>610 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NE | Unsecured | claim fully satisfied by court approved settlement | $0.00 | $0.00 | 0.00 |
| 3<br>610 | DP Capital LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy,#665<br>Henderson, NV 89012 | Unsecured | | $0.00 | $0.00 | 0.00 |
| 3 -2<br>610 | DP Capital LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy,#665<br>Henderson, NV 89012 | Unsecured | | $581,481.87 | $0.00 | 581,481.87 |
| 4<br>610 | Vera Stoeva<br>c/o Andrea C. Davison,Bean Kinney & Korman, PC,2311 Wilson Blvd., Suite 500<br>Arlington, VA 22201 | Unsecured | | $72,320.00 | $0.00 | 72,320.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** October 25, 2021

**Case Number:** 20-00397  
**Debtor Name:** ETS OF WASHINGTON LLC

Page: 2

**Date:** January 29, 2024  
**Time:** 02:45:05 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 610 | Jacob Preisser<br>46500 Deer Trail Rd<br>Deer Trail, CO 80105-7722 | Unsecured | | $101,250.00 | $0.00 | 101,250.00 |
| 6 610 | WCP Fund I LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, NV 89012 | Unsecured | | $187,908.23 | $0.00 | 187,908.23 |
| 7 610 | Brian Miller<br>3618 Carriage Hill Drive<br>Frederick, MD 21704 | Unsecured | | $3,150.00 | $0.00 | 3,150.00 |
| 8 610 | Jason Porcier<br>1455 Ocean Drive<br>Unit 1111<br>Miami Beach, FL 33139 | Unsecured | | $7,350.00 | $0.00 | 7,350.00 |
| 10 620 | Office of the Attorney General<br>Tax, Bankruptcy and Finance<br>400 6th Street, N.W.<br>Washington, DC 20001 | Unsecured | | $5,000.00 | $0.00 | 5,000.00 |
| 11 620 | Jason Merica<br>9804 Greenbriar Lane<br>Walkersville, MD 21793 | Unsecured | | $60,000.00 | $0.00 | 60,000.00 |
| << Totals >> | | | | 1,165,455.10 | 0.00 | 1,165,455.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 20-00397
Case Name: ETS OF WASHINGTON LLC
Trustee Name: William Douglas White - DC

**Balance on hand:** $ 59,131.14

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2S | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 1,600,000.00 | 0.00 | 0.00 | 0.00 |
| 2S-2 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 1,600,000.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 59,131.14

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - William Douglas White - DC | 6,250.00 | 0.00 | 6,250.00 |
| Trustee, Expenses - William Douglas White , Trustee | 2,012.00 | 0.00 | 2,012.00 |
| Fees, United States Trustee | 575.00 | 0.00 | 575.00 |

Total to be paid for chapter 7 administration expenses: $ 8,837.00
Remaining balance: $ 50,294.14

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for D-I-P Fees - Kenneth Samuelson Esq. | 81,283.00 | 0.00 | 50,294.14 |

Total to be paid for prior chapter administrative expenses: $ 50,294.14
Remaining balance: $ 0.00

UST Form 101-7-TFR (05/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,010,335.10 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bank of America, N.A. | 56,875.00 | 0.00 | 0.00 |
| 2U | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 0.00 | 0.00 | 0.00 |
| 2U-2 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 0.00 | 0.00 | 0.00 |
| 3 | DP Capital LLC | 0.00 | 0.00 | 0.00 |
| 3 -2 | DP Capital LLC | 581,481.87 | 0.00 | 0.00 |
| 4 | Vera Stoeva | 72,320.00 | 0.00 | 0.00 |
| 5 | Jacob Preisser | 101,250.00 | 0.00 | 0.00 |
| 6 | WCP Fund I LLC | 187,908.23 | 0.00 | 0.00 |
| 7 | Brian Miller | 3,150.00 | 0.00 | 0.00 |
| 8 | Jason Porcier | 7,350.00 | 0.00 | 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 65,000.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Office of the Attorney General | 5,000.00 | 0.00 | 0.00 |
| 11 | Jason Merica | 60,000.00 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00