# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>ETS OF WASHINGTON LLC | CASE NO: 20-00397<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 2/27/2024, I did cause a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/27/2024

/s/ WILLIAM WHITE
WILLIAM WHITE

McCarthy & White PLLC
8205 Pettit Court
Mclean, VA  22102
703 770 9265
wdw@mccarthywhite.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>ETS OF WASHINGTON LLC | CASE NO: 20-00397<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7 |

On 2/27/2024, a copy of the following documents, described below,

NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/27/2024

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
WILLIAM WHITE
McCarthy & White PLLC
8205 Pettit Court
Mclean, VA  22102

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled "CM/ECF SERVICE" were not served via first Class USPS Mail Service.

CASE INFO                                   EXCLUDE                                      EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING            (U)BANK OF AMERICA  NA                       (U)DP CAPITAL LLC
NCRS ADDRESS DOWNLOAD
CASE 20-00397
DISTRICT OF DISTRICT OF COLUMBIA
TUE FEB 27 12-36-3 PST 2024



                                                                                         DEBTOR
DISTRICT OF COLUMBIA OFFICE OF ATTORNEY     ETS OF WASHINGTON II   LLC                   ETS OF WASHINGTON LLC
GENE                                        900 BISCAYNE BLVD                            CO KENNETH L SAMUELSON  ESQ
400 6TH STREET  NW                          MIAMI  FL 33132-1561                         SAMUELSON LAW  LLC
WASHINGTON  DC 20001-0189                                                                2020 PENNSYLVANIA AVENUE  NW  417
                                                                                         WASHINGTON  DC 20006-1811



U S TRUSTEE FOR REGION FOUR                 WCP FUND I  LLC AS SERVICER FOR 1SHARPE      WASHINGTON  DC
U S TRUSTEES OFFICE                         OPPO                                         E BARRETT PRETTYMAN U S COURTHOUSE
1725 DUKE STREET                            CO THE VERSTANDIG LAW FIRM  LLC              333 CONSTITUTION AVE  NW 1225
SUITE 650                                   9812 FALLS ROAD  114-160                     WASHINGTON  DC 20001-2802
ALEXANDRIA  VA 22314-3489                   POTOMAC  MD 20854-3976



BANK OF AMERICA  NA                         BANK OF AMERICA  NA                          BRIAN MILLER
PO BOX 15312                                PO BOX 31785                                 3618 CARRIAGE HILL DRIVE
WILMINGTON  DE  19850-5312                  TAMPA  FL 33631-3785                         FREDERICK  MD 21704-7371



DP CAPITAL LLC                              DANIEL HUERTAS                               ISHARPE OPPORTUNITY IMMEDIATE TRUST
CO THE VERSTANDIG LAW FIRM  LLC             2815 HARTLAND ROAD                           370 HIGHLAND AVE
1452 W HORIZON RIDGE PKWY                   SUITE 200                                    200
665                                         FALLS CHURCH  VA 22043-3548                  PIEDMONT  CA 94611-4018
HENDERSON  NV 89012-4422



INTERNAL REVENUE SERVICE                    JACOB PREISSER                               JASON MERICA
PO BOX 7346                                 46500 DEER TRAIL RD                          202 OLD HARBOUR CT
PHILADELPHIA  PA 19101-7346                 DEER TRAIL  CO 80105-7722                    LITTLE RIVER  SC 29566-9251



JASON PORCIER                               JASON PORCIER                                JOSEPH M MICHALCZYK
1455 OCEAN DRIVE                            1455 OCEAN DRIVE  1111                       900 BISCAYNE BLVD PH6307
UNIT 1111                                   MIAMI BEACH  FL 33139-4140                   MIAMI  FL 33132-1561
MIAMI BEACH  FL 33139-4140



JOSEPH MICHALCZYK                           KIM NGUYEN                                   KRISTEN S EUSTIS  ESQ
16 CHEVIOT ROAD                             FAIRFAX REALTY OF TYSONS                     OFFICE OF THE UNITED STATES TRUSTEE
SOUTHAMPTON  NY 11968-3703                  8230 BOONE BLVD                              1725 DUKE STREET
                                            SUITE 330                                    SUITE 650
                                            VIENNA  VA 22182-2621                        ALEXANDRIA  VA 22314-3489



OFFICE OF THE ATTORNEY GENERAL              PARDO  DRAZIN  LLC  ATTN R S DRAZIN          PORCIERMILLER LLC
TAX  BANKRUPTCY AND FINANCE                 4400 JENNIFER STREET  NW                     1881 NORTH NASH STREET
400 6TH STREET  NW                          SUITE 2                                      505
WASHINGTON  DC 20001-0189                   WASHINGTON  DC 20015-2089                    ARLINGTON  VA 22209-1564
```

USPS FIRST CLASS MAILING RECIPIENTS: Certificate of Service event sent via first Class USPS Mail Service.
Parties with names struck through or labeled "EXCLUDE" were not served via First Class USPS Mail Service.

RUSSELL S DRAZIN  ESQ
4400 JENIFER STREET  NW  SUITE 2
WASHINGTON  DC 20015-2089

SCOTT B GOLDSCHEIN
9711 WASHINGTONIAN BOULEVARD
SUITE 201
NORTH POTOMAC  MD 20878-7431

US TRUSTEE
1725 DUKE STREET
SUITE 650
ALEXANDRIA  VA 22314-3489

VERA STOEVA
CO ANDREA C DAVISON
BEAN KINNEY  KORMAN  PC
2311 WILSON BLVD  SUITE 500
ARLINGTON  VA 22201-5422

WCP FUND I LLC
2815 HARTLAND ROAD
SUITE 200
FALLS CHURCH  VA 22043-3548

WCP FUND I LLC
CO THE VERSTANDIG LAW FIRM  LLC
1452 W HORIZON RIDGE PKWY  665
HENDERSON  NEVADA 89012-4422

WCP FUND I LLC AS SERVICER FOR 1SHARPE OPPOR
CO THE VERSTANDIG LAW FIRM  LLC
1452 W HORIZON RIDGE PKWY  665
HENDERSON  NEVADA 89012-4422

WCP FUND I  LLC
CO THE VERSTANDIG LAW FIRM  LLC
9812 FALLS ROAD  114-160
POTOMAC  MD 20854-3976

WOLFE HOUSE MOVERS  LLC
10 BIRCH LANE
BERNVILLE  PA 19506-8510

ARTHUR LANDER CPA PC
300 N WASHINGTON ST 104
ALEXANDRIA  VA 22314-2530

~~EXCLUDE~~
~~(U) BRIAN MILLER~~

~~EXCLUDE~~
~~(U) DENNIS DAVISON~~

~~EXCLUDE~~
~~(U) JACOB PREISSER~~

~~EXCLUDE~~
~~(U) JASON MERICA~~

~~EXCLUDE~~
~~(D) JASON PORCIER~~
~~1455 OCEAN DR~~
~~UNIT 1111~~
~~MIAMI BEACH  FL 33139-4140~~

~~EXCLUDE~~
~~(U) JOE MICHALCZYK~~

KENNETH L SAMUELSON
SAMUELSON LAW  LLC
2020 PENNSYLVANIA AVENUE  NW 417
WASHINGTON  DC 20006-1811

~~EXCLUDE~~
~~(U) KIM NGUYEN~~

VERA STOEVA
BEAN  KINNEY  KORMAN  PC
ATTN ANDREA C DAVISON  ESQ
2311 WILSON BLVD  5TH FLOOR
ARLINGTON  VA 22201-5422

WILLIAM DOUGLAS WHITE
CO BRAD F ENGLANDER  ESQ
3190 FAIRVIEW PARK DRIVE
STE 800
FALLS CHURCH  VA 22042-4558

WILLIAM DOUGLAS WHITE
MCCARTHY  WHITE PLLC
8205 PETTIT COURT
22102
MCLEAN  VA 22102-2314