**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br>ETS OF WASHINGTON LLC<br><br>**Debtor(s)** | Case No. 20-00397<br><br>CHAPTER 7 |

**ORDER APPROVING FINAL APPLICATION FOR COMPENSATION**
**AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND**

The trustee having filed his final report and account and proposed final distribution thereon in the above estate, and the court having reviewed and considered all pending applications for compensation and reimbursement of expenses, and it appearing that notice and opportunity for hearing has been given to all creditors and other parties in interest, and it further appearing that no objections have been filed, and that the U.S. Trustee has approved of the final report and account and proposed distribution thereon, it is

ORDERED that the following application for compensation and other request for payment of administrative expenses are approved for the amounts indicated:

| | | |
|---|---|---|
| William Douglas White - DC,<br>Trustee | statutory trustee's<br>commission and expenses | $     8,262.00 |
| LESS AMOUNTS PREVIOUSLY PAID AND AUTHORIZED | | $        (0.00) |
| UNPAID BALANCE | | **$     8,262.00** |
| attorney for trustee | (N/A SEPARATE<br>fees and expenses | ORDER) |

and it is further,

ORDERED that the trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, section 507 of 11 U.S.C., and in conformity with this order.

Copies to:

| | |
|---|---|
| William Douglas White - DC | United States Trustee |
| 8205 Pettit Court | 115 S. Union Street |
| McLean, VA  22102 | Plaza Level – Suite 210 |
| | Alexandria, VA  22314 |