The order below is hereby signed.

Signed: March 28 2024



_____
Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:
ETS OF WASHINGTON LLC

Case No. 20-00397

CHAPTER 7

**Debtor(s)**

### ORDER APPROVING FINAL APPLICATION FOR COMPENSATION
### AND DIRECTING FINAL DISTRIBUTION OF FUNDS ON HAND

The trustee having filed his final report and account and proposed final distribution thereon in the above estate, and the court having reviewed and considered all pending applications for compensation and reimbursement of expenses, and it appearing that notice and opportunity for hearing has been given to all creditors and other parties in interest, and it further appearing that no objections have been filed, and that the U.S. Trustee has approved of the final report and account and proposed distribution thereon, it is

ORDERED that the following application for compensation and other request for payment of administrative expenses are approved for the amounts indicated:

| | | |
|---|---|---|
| William Douglas White - DC, Trustee | statutory trustee's commission and expenses | $        8,262.00 |
| LESS AMOUNTS PREVIOUSLY PAID AND AUTHORIZED | | $         (0.00) |
| UNPAID BALANCE | | **$        8,262.00** |
| attorney for trustee | (N/A SEPARATE fees and expenses | ORDER) |

and it is further,

ORDERED that the trustee is directed to make final distribution of the funds on hand in accordance with the proposed distribution, section 507 of 11 U.S.C., and in conformity with this order.

Copies to:

William Douglas White - DC
8205 Pettit Court
McLean, VA  22102

United States Trustee
115 S. Union Street
Plaza Level – Suite 210
Alexandria, VA  22314