**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DISTRICT OF COLUMBIA**
**WASHINGTON DC DIVISION**

| | |
|---|---|
| In re: ETS OF WASHINGTON LLC § | Case No. 20-00397- |
| § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

William Douglas White - DC, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $4,352,433.87                     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00              Claims Discharged
                                                    Without Payment: N/A

Total Expenses of Administration: $60,000.00

---

3) Total gross receipts of $ 60,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $60,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $438,756.00 | $3,200,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,705.86 | 9,705.86 | 9,705.86 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 81,283.00 | 81,283.00 | 50,294.14 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 260,000.70 | 2,426,197.73 | 1,075,335.10 | 0.00 |
| **TOTAL DISBURSEMENTS** | $698,756.70 | $5,717,186.59 | $1,166,323.96 | $60,000.00 |

4) This case was originally filed under Chapter 11 on September 28, 2020 and it was converted to Chapter 7 on May 24, 2021. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/11/2024          By: /s/William Douglas White - DC
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| ADV 21-10005 | 1149-000 | 60,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$60,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2S | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 4110-000 | N/A | 1,600,000.00 | 0.00 | 0.00 |
| 2S-2 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 4110-000 | 138,756.00 | 1,600,000.00 | 0.00 | 0.00 |
| NOTFILED | Kim Nguyen | 4110-000 | 300,000.00 | N/A | N/A | 0.00 |
| NOTFILED | DP Capital LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | ISHARPE OPPORTUNITY IMMEDIATE TRUST | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$438,756.00** | **$3,200,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - William Douglas White - DC | 2100-000 | N/A | 6,250.00 | 6,250.00 | 6,250.00 |
| Trustee Expenses - William Douglas White , Trustee | 2200-000 | N/A | 2,012.00 | 2,012.00 | 2,012.00 |
| U.S. Trustee Quarterly Fees - U.S. Trustee | 2950-000 | N/A | 575.00 | 575.00 | 575.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 89.19 | 89.19 | 89.19 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 105.62 | 105.62 | 105.62 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 95.85 | 95.85 | 95.85 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 92.50 | 92.50 | 92.50 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 105.11 | 105.11 | 105.11 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 92.19 | 92.19 | 92.19 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 101.58 | 101.58 | 101.58 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 95.07 | 95.07 | 95.07 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 91.75 | 91.75 | 91.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | **$9,705.86** | **$9,705.86** | **$9,705.86** |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kenneth Samuelson Esq. | 6210-000 | N/A | 81,283.00 | 81,283.00 | 50,294.14 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | **$81,283.00** | **$81,283.00** | **$50,294.14** |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Office of the Attorney General | 5800-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bank of America, N.A. | 7100-000 | N/A | 56,875.00 | 56,875.00 | 0.00 |
| 2U | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 7100-000 | N/A | 384,690.38 | 0.00 | 0.00 |
| 2U-2 | WCP Fund I LLC as Servicer for 1Sharpe Opportunity | 7100-000 | N/A | 384,690.38 | 0.00 | 0.00 |
| 3 | DP Capital LLC | 7100-000 | N/A | 581,481.87 | 0.00 | 0.00 |
| 3 -2 | DP Capital LLC | 7100-000 | N/A | 581,481.87 | 581,481.87 | 0.00 |
| 4 | Vera Stoeva | 7100-000 | 45,000.00 | 72,320.00 | 72,320.00 | 0.00 |
| 5 | Jacob Preisser | 7100-000 | 65,000.00 | 101,250.00 | 101,250.00 | 0.00 |
| 6 | WCP Fund I LLC | 7100-000 | N/A | 187,908.23 | 187,908.23 | 0.00 |
| 7 | Brian Miller | 7100-000 | N/A | 3,150.00 | 3,150.00 | 0.00 |
| 8 | Jason Porcier | 7100-000 | N/A | 7,350.00 | 7,350.00 | 0.00 |
| 10 | Office of the Attorney General | 7200-000 | N/A | 5,000.00 | 5,000.00 | 0.00 |
| 11 | Jason Merica | 7200-000 | 90,000.00 | 60,000.00 | 60,000.00 | 0.00 |
| NOTFILED | Wolfe House Movers, LLC | 7100-000 | 15,000.70 | N/A | N/A | 0.00 |
| NOTFILED | Joseph Michalczyk | 7100-000 | 45,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$260,000.70** | **$2,426,197.73** | **$1,075,335.10** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 20-00397-  
**Case Name:** ETS OF WASHINGTON LLC  

**Period Ending:** 06/11/24

**Trustee:** (730090) William Douglas White - DC  
**Filed (f) or Converted (c):** 05/24/21 (c)  
**§341(a) Meeting Date:** 07/01/21  
**Claims Bar Date:** 10/25/21

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Residential real estate described as Lot 9, 1/2  (u) | 2,750,000.00 | 2,750,000.00 | | 0.00 | FA |
| 2  House under construction at 2207 Foxhall Road, N | 1,600,000.00 | 1,161,244.00 | | 0.00 | FA |
| 3  Checking Account at TD Bank  (u) | 1,905.42 | 1,905.42 | | 0.00 | FA |
| 4  Checking Account at Bank of America, xxxxxx5616 | 528.45 | 528.45 | | 0.00 | FA |
| 5  Debtor has claims against the entities that sold | Unknown | 0.00 | | 0.00 | FA |
| 6  ADV 21-10005  (u)<br>   1/26/22-NOM Sell Estate's interest in adv 21-10005 -docket #209<br>Order approving compromise with secured creditors, Doc. 358 | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$4,412,433.87** | **$3,973,677.87** | | **$60,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

deposit of first purchaser buying adveersary proceeding from estate was returned per court order;  offer of second purchaser approved by court; closing occurred on 4/4/2023; TFR to be filed; ETFR 8/15/2023

**Initial Projected Date Of Final Report (TFR):**   January 31, 2023   **Current Projected Date Of Final Report (TFR):**   January 29, 2024   (Actual)

Printed: 06/11/2024 05:07 PM    V.20.60

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 20-00397-  
**Case Name:** ETS OF WASHINGTON LLC  
**Taxpayer ID #:** **-***4442  
**Period Ending:** 06/11/24

**Trustee:** William Douglas White - DC (730090)  
**Bank Name:** Metropolitan Commercial Bank  
**Account:** ******2246 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/09/22 | {6} | WIRE FROM JASON R PORCIER | WIRE FROM JASON R PORCIER | 1280-000 | 10,500.00 | | 10,500.00 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 9.53 | 10,490.47 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.49 | 10,471.98 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.22 | 10,455.76 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.19 | 10,439.57 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.40 | 10,421.17 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.14 | 10,405.03 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 18.34 | 10,386.69 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.64 | 10,370.05 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.06 | 10,353.99 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.70 | 10,336.29 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 16.56 | 10,319.73 |
| 01/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 17.64 | 10,302.09 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 15.40 | 10,286.69 |
| 03/09/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -213.31 | 10,500.00 |
| 03/12/23 | 101 | Jason Porcier | Return of Deposit from Jason Porcier for purchase of litigation<br>Voided on 03/13/23 | 1280-000 | -10,599.00 | | -99.00 |
| 03/13/23 | 101 | Jason Porcier | Return of Deposit from Jason Porcier for purchase of litigation<br>Voided: check issued on 03/12/23 | 1280-000 | 10,599.00 | | 10,500.00 |
| 03/13/23 | 102 {6} | Jason Porcier | return of deposit on purchase contract | 1280-000 | -10,500.00 | | 0.00 |
| 03/31/23 | {6} | Wire from The Verstandig Law Firm | Full payment from secured creditor to settle AP 21-10005 - see order, Doc. 358 | 1149-000 | 60,000.00 | | 60,000.00 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 89.19 | 59,910.81 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 105.62 | 59,805.19 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 95.85 | 59,709.34 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 92.50 | 59,616.84 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 105.11 | 59,511.73 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 92.19 | 59,419.54 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 101.58 | 59,317.96 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 95.07 | 59,222.89 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 91.75 | 59,131.14 |
| 04/07/24 | 103 | U.S. Trustee | Dividend paid 100.00% on $575.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 575.00 | 58,556.14 |
| 04/07/24 | 104 | Kenneth Samuelson Esq. | Dividend paid 61.87% on $81,283.00, | 6210-000 | | 50,294.14 | 8,262.00 |

Subtotals :   $60,000.00   $51,738.00

{} Asset reference(s)

Printed: 06/11/2024 05:07 PM   V.20.60

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 20-00397- | | Trustee: | William Douglas White - DC (730090) |
| Case Name: | ETS OF WASHINGTON LLC | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******2246 - Checking Account |
| Taxpayer ID #: | **-***4442 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 06/11/24 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/07/24 | 105 | William Douglas White , Trustee | Attorney for D-I-P Fees (Prior Chapter); Reference:<br>COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 8,262.00 | 0.00 |
| | | | Dividend paid 100.00%    6,250.00 on $6,250.00; Claim# ; Filed: $6,250.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    2,012.00 on $2,012.00; Claim# ; Filed: $2,012.00 | 2200-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 60,000.00 | 60,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 60,000.00 | 60,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $60,000.00 | $60,000.00 | |

Net Receipts :        60,000.00
─────────────
Net Estate :        $60,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******2246 | 60,000.00 | 60,000.00 | 0.00 |
| | $60,000.00 | $60,000.00 | $0.00 |

{} Asset reference(s)