**22OC7ASST**

United States Bankruptcy Court for
the District of Columbia
E. Barrett Prettyman U. S. Courthouse
333 Constitution Ave, NW #1225
Washington, DC 20001
(202) 354−3280
www.dcb.uscourts.gov

**In Re**
ETS of Washington LLC
**Debtor**

**Case No.** 20−00397−ELG

**Chapter** 7

**ORDER**

==========

UPON APPLICATION of the Chapter 7 Trustee and upon recommendation of the United States Trustee, and it appearing to the Court that nothing further remains to be done in this matter, it is hereby,

ORDERED that the Chapter 7 Trustee appointed in this case is discharged and the case is closed.

Dated: 11/23/26

For the Court:
Angela D. Caesar
BY: CA

Copies To:
Recipients of Electonic Notifications;
Debtor;
Appointed Trustee.

United States Bankruptcy Court
District of Columbia

In re:
ETS of Washington LLC
Debtor

Case No. 20-00397-ELG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0090-1 User: admin Page 1 of 2
Date Rcvd: Nov 23, 2026 Form ID: oc7asst Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | ETS of Washington LLC, c/o Kenneth L. Samuelson, Esq., Samuelson Law, LLC, 2020 Pennsylvania Avenue, NW, #417, Washington, DC 20006-1811 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrea Campbell Davison | on behalf of Creditor Vera Stoeva ADavison@beankinney.com dadragna@beankinney.com |
| Bradford F. Englander | on behalf of Interested Party William White benglander@whitefordlaw.com dchaney@whitefordlaw.com |
| Dennis A. Davison | on behalf of Interested Party Jason Porcier dennis@ddavisonlaw.com |
| Dennis A. Davison | on behalf of Interested Party ETS of Washington II LLC dennis@ddavisonlaw.com |
| Dennis A. Davison | on behalf of Plaintiff ETS of Washington LLC dennis@ddavisonlaw.com |
| Dennis A. Davison | |

| | |
|---|---|
| | on behalf of Spec. Counsel Dennis Davison dennis@ddavisonlaw.com |
| Jason Porcier | etsofwashington@gmail.com |
| Kenneth L. Samuelson | on behalf of Attorney Kenneth L Samuelson ksamuelson@samuelson-law.com |
| Kristen S. Eustis | on behalf of U.S. Trustee U. S. Trustee for Region Four Kristen.S.Eustis@usdoj.gov Robert.W.Ours@usdoj.gov |
| Maurice Belmont VerStandig | on behalf of Plaintiff DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Counter-Claimant DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC as servicer for 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com, lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Counter-Claimant 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant 1Sharpe Opportunity Intermediate Trust mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Counter-Claimant WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Creditor DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant DP Capital LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Maurice Belmont VerStandig | on behalf of Defendant WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Michael T. Freeman | on behalf of U.S. Trustee U. S. Trustee for Region Four michael.t.freeman@usdoj.gov robert.w.ours@usdoj.gov |
| Nancy L. Alper | on behalf of Defendant District of Columbia nancy.alper@dc.gov william.burk@dc.gov |
| Nancy L. Alper | on behalf of Creditor District of Columbia Office of Attorney General nancy.alper@dc.gov william.burk@dc.gov |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |
| William White | wdw@mccarthywhite.com |
| William Douglas White | on behalf of Trustee William Douglas White wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |
| William Douglas White | wdw@mccarthywhite.com white@premierremote.com;dc08@ecfcbis.com |

TOTAL: 25